# EXHIBIT B

70218860v1 7048395

| EXHIBIT 1 TO DECLARATION OF MARK ROBINSON | | |
|---|---|---|
| VENDOR | AMOUNT OWED | NOTES |
| Boeing Commercial Airplanes | $ 134,180.71 | Provides RYAN all the basic information to allow compliance with 121.135, required manual contents, and 121.441, required manual Airplane Flight Manual. It is the only available vendor |
| AAR | $ 77,966.38 | Approved by RYAN International Airlines as an essential maintenance provider in the FAA Ops Specs and supports heavy maintenance operations. This vendor has gone through Ryan audits and FAA oversight to specifically support Ryan operation on the B767 air |
| Airbus Americas Customer Service | $ 311,380.00 | Provides RYAN all the basic information to allow compliance with 121.135, required manual contents, and 121.441, required manual Airplane Flight Manual, and required training for 121.383, 437, 135, 400, 432, 433, 439, 441. It is the only available vendor. |
| Flight Vehicles Consulting | $ 35,900.00 | An FAA Designated Engineering Representative firm specializing in interior and structural FAA approvals. This firm is identified in RYAN Engineering Orders and is required by FAA standards, and is vital in FAA and DOD approvals in regards to audits. |
| UPS | $ 17,758.26 | Essential in providing borrowed parts in the United States - and has a base in Rockford. This vendor is essential to maintain airworthiness of the aircraft and to maintain reliability required by DOD and customers. |
| Lufthansa Technik-Aktiengese | $ 58,822.36 | Essential in providing borrowed parts and engineering support in the Europe - and has a base in Germany This vendor is essential to maintain airworthiness of the aircraft and to maintain reliability required by DOD and customers. |
| TES Parts Limited | $ 82,590.07 | Supports RYAN in oversight and engineering review of ENGINES and is a vital support requirements in ETOPS operation of the RYAN aircraft. This vendor provided engineering support required by the FAA in regards to monitoring engine conditions and complianc |
| Rolls-Royce PLC | $ 44,590.00 | Provides technical data that is proprietary and cannot be obtained through other resources - even when using outside vendors - data is required to support structural analysis on repairs, electrical load analysis on modifications, etc. |
| L3 Communications Aviation | $ 10,290.00 | An FAA Designated Engineering Representative firm specializing in Electrical and Avionics systems and FAA approvals and is identified in RYAN Engineering Orders. This support is required by FAA standards. |
| US Airways | $ 148,771.00 | Provides RYAN with required simulator support for the A330 to comply with 121.383, 437, 135, 400, 432, 433, 439, 441. It is the only available US vendor. |
| DFAS-CO/FPS/F | $ 6,381,693.91 | Needed for fuel requirements at military locations. |
| Arinc Inc. | $ 4,111.25 | Provides RYAN with the communications availability to comply with 121.99, 123. It is the only vendor that supplies the type of support needed for Domestic and Flag service for the B767 and MD 80 and data service for the A330. |
| Jeppeson | $ 65,842.61 | Provides RYAN with Airways Manuals and Flight Planning System to comply with 121.97, 101, 122, 135, 191, 443, 590, 599, 601, 603, 607, 628, 631, 635, 646, 663, 687. |
| TRAX | $ 14,661.00 | Required for FAA compliance, they provide RYAN's maintenance tracking system for our aircraft to comply with 121.443, 441 and Subpart Q, R, S. |
| Sabre | $ 36,480.00 | Required for FAA compliance, they provide RYAN tracking system for our aircraft operations, for crew scheduling and crew qualification to comply with 121.443, 441 and Subpart Q, R, S. |
| Aerodata | $ 6,587.59 | Provides RYAN with a runway analysis system that interfaces with Jeppesen to provide runway analysis data to comply with 121.97, 117. |
| Avocet | $ 88,000.00 | Approved by RYAN International Airlines as an esssential maintenance provider in the FAA Ops Specs and supports maintenanceoperations in Sanford,Florida. This vendor is required as maintenance support for A330 as it is a FAA rated facility and provide pr |
| Vortex Aviation | $ 30,316.73 | Approved by RYAN to provide service of boroscope on engines and provide power assurance run-up for the purpose of certification on engine after significant maintenance on wing. RYAN does not have the specialize personnel to support this certification and |

70811327v1  0932325