**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| RYAN INTERNATIONAL AIRLINES, INC., | ) | |
| et al.,[1] | ) | Case No.   12-80802 |
| | ) | |
| Debtors, | ) | Jointly Administered |
| | ) | |
| | ) | |

**NOTICE OF THE FINAL FEE APPLICATION OF GAROFALO GOERLICH**
**HAINBACH PC AS SPECIAL COUNSEL FOR THE DEBTORS**

**PLEASE TAKE NOTICE** that on July 23, 2013, the **Final Fee Application of Garofalo Goerlich Hainbach PC as Special Counsel for the Debtors** (the "Fee Application") was filed by Hinshaw & Culbertson LLP on behalf of Garofalo Goerlich Hainbach PC with the United States Bankruptcy Court for the Northern District of Illinois, Western Division, 327 S. Church Street, Rockford, IL 61101. This Fee Application includes compensation and reimbursement of expenses for the period September 1, 2012 through February 28, 2013 (the "Fee Application Period"). By the Fee Application, Garofalo Goerlich Hainbach PC seeks entry of an order: (a) allowing $18,694.00 in fees and $38.25 in expenses incurred during the Fee Application Period; and (b) authorizing and directing the Debtor, or any successor to the Debtor, to pay Garofalo Goerlich Hainbach PC compensation and reimbursement of all fees and expenses listed above in the aggregate amount of $18,732.25 for the Fee Application Period.

PLEASE TAKE FURTHER NOTICE THAT a hearing on the Fee Application will take place before the Honorable Thomas M. Lynch of the United States Bankruptcy Court for the Northern District of Illinois, Western Division, or whomever may be sitting in his place and stead, at 327 S. Church Street, Courtroom 3100, Rockford, Illinois at 9:30 a.m. on August 14, 2013.

Objections to the Fee Application must be filed with the United States Bankruptcy Court for the Northern District of Illinois, Western Division, 327 S. Church Street, Rockford, Illinois prior to the hearing on the Fee Application. At the time of filing, copies of objections must be served on: (i) Hinshaw & Culbertson LLP, 100 Park Avenue, Rockford, Illinois, 61101 (Attn: Thomas J. Lester, Esq.), and

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal taxpayer identification number include: Ryan International Airlines. Inc, 1437; Rubloff 757-MSN24794, LLC, 1494; Rubloff Ryan, L.L.C., 1289; Rubloff/Ryan 80 LLC, 4274; Ryan 767, LLC, 6777; Sundowner 102, LLC, 6462; Sundowner Alexandria LLC, 1058; Sundowner Mesa, LLC f/k/a Prisoner Transportation Services, LLC, 7195; Sundowner Oklahoma City LLC, 0958; Rubloff Aerospace, L.L.C., 4536.

(ii) Garofalo Goerlich Hainbach PC, 1200 New Hampshire Ave. NW, Suite 800, Washington, DC, 20036-6802 (Attn: Aaron A. Goerlich).

IF NO OBJECTION IS FILED, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE FEE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 23, 2013                    /s/Thomas J. Lester
                                        Thomas J. Lester
                                        Hinshaw & CULBERTSON LLP
                                        100 Park Avenue
                                        P.O. Box 1389
                                        Rockford, IL  61105-1389
                                        (815) 490-4900
                                        Fax:  (815) 490-4901

                                        *Counsel to the Debtors*

2

71019457v1 0932325

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
| RYAN INTERNATIONAL AIRLINES, INC., et al.,[2] | ) ) ) | Case No.   12-80802 |
| Debtors, | ) ) ) ) | Jointly Administered |

## COVER SHEET FOR THE FINAL FEE APPLICATION OF GAROFALO GOERLICH HAINBACH PC AS SPECIAL COUNSEL FOR THE DEBTORS

| | |
|---|---|
| Name of Applicant: | Garofalo Goerlich Hainbach PC |
| Authorized to provide professional services to: | Ryan International Airlines, Inc. and its related entities identified in Footnote 2, below, as debtors and debtors in possession |
| Date of Retention and Order Authorizing Employment: | March 14, 2012, pursuant to Order entered on May 18, 2012 [Docket No. 314] |
| Period for which compensation and reimbursement is sought: | From September 1, 2012 through February 28, 2013 |
| Amount of Fees Sought: | $18,694.00 |
| Amount of Expense Reimbursement Sought: | $38.25 |
| This is an: | ___ interim _X_ final application. |

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| October 23, 2012 | March 14, 2012 – August 31, 2012 | $18,314.74 | $18,314.74 | $18,314.74 |

---

[2] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal taxpayer identification number include: Ryan International Airlines. Inc, 1437; Rubloff 757-MSN24794, LLC, 1494; Rubloff Ryan, L.L.C., 1289; Rubloff/Ryan 80 LLC, 4274; Ryan 767, LLC, 6777; Sundowner 102, LLC, 6462; Sundowner Alexandria LLC, 1058; Sundowner Mesa, LLC f/k/a Prisoner Transportation Services, LLC, 7195; Sundowner Oklahoma City LLC, 0958; Rubloff Aerospace, L.L.C., 4536.

71019457v1 0932325

Dated:  July 23, 2013

/s/Thomas J. Lester
Thomas J. Lester
Hinshaw & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL  61105-1389
(815) 490-4900
Fax:  (815) 490-4901

*Counsel to the Debtors*

71019457v1 0932325

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
| RYAN INTERNATIONAL AIRLINES, INC., | ) | |
| et al.,[3] | ) | Case No.   12-80802 |
| | ) | |
| Debtors, | ) | Jointly Administered |
| | ) | |
| | ) | |

### FINAL FEE APPLICATION OF GAROFALO GOERLICH HAINBACH PC AS SPECIAL COUNSEL FOR THE DEBTORS

Garofalo Goerlich Hainbach PC (**"GGH"**), special counsel for Ryan International Airlines, Inc. and its related affiliates that are debtors in the above captioned bankruptcy cases (the **"Debtors"**), by and through the Debtors' legal counsel, Hinshaw & Culbertson LLP, hereby submits its *Final Fee Application of Garofalo Goerlich Hainbach PC as Special Counsel for the Debtors* (the **"Fee Application"**), relating to services rendered and expenses incurred from September 1, 2012 through February 28, 2013, and in support thereof, states:

### JURISDICTION AND VENUE

1.       This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and Internal Operating Procedure 15(A) of the United States District Court for the Northern District of Illinois.   This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.       Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[3] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer identification number include: Ryan International Airlines. Inc, 1437; Rubloff 757-MSN24794, LLC, 1494; Rubloff Ryan, L.L.C., 1289; Rubloff/Ryan 80 LLC, 4274; Ryan 767, LLC, 6777; Sundowner 102, LLC, 6462; Sundowner Alexandria LLC, 1058; Sundowner Mesa, LLC f/k/a Prisoner Transportation Services, LLC, 7195; Sundowner Oklahoma City LLC, 0958; Rubloff Aerospace, L.L.C., 4536.

71019457v1 0932325

3.      The statutory bases for the relief requested herein are sections 331, 503(b), and 507(a)(1) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the **"Bankruptcy Code"** or the **"Code"**), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"**), and Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the **"Local Rules"**).

## BACKGROUND

4.      On March 6, 2012 (the **"Commencement Date"**), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  On February 28, 2013 the Debtors' cases were converted to cases under chapter 7 of the Bankruptcy Code.

5.      On April 9, 2012, the Debtors' legal counsel, Hinshaw & Culbertson LLP, filed the *Application of Debtors and Debtors-in-Possession for an Order Pursuant to 11 U.S.C. §§ 327(a) and 328 and Bankruptcy Rule 2014 Authorizing the Employment and Retention of Garofalo Goerlich Hainbach PC as Special Counsel for the Debtors* (the **"Retention Application"**) [Docket No. 258].  On May 18, 2012, the Court entered an Order authorizing the retention of GGH as special counsel for the Debtors, effective as of March 14, 2012 (**"Retention Order"**) [Docket No. 314].

6.      Pursuant to sections 330 and 331 of the Bankruptcy Code, professionals retained in the Debtors' cases (including GGH) apply to the Court in order to receive final approval and payment of compensation.   GGH, in accordance with Local Rule 5082-1, brings this Fee Application pursuant thereto.

## DISCUSSION

7.      Section 330(a) of the Bankruptcy Code provides, in pertinent part, that:

71019457v1 0932325

[T]he court may award . . . reasonable compensation for actual, necessary services rendered by the . . . attorney and by any paraprofessional person . . . and . . . reimbursement for actual, necessary expenses . . . . In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including – (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under [the Bankruptcy Code]; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and (E) whether the compensation is reasonable, based on the customary compensation charged by the comparably skilled practitioners in cases other than cases under this title.

8.       The Seventh Circuit Court of Appeals has stated that:

The computation of hourly fees depends on the number of hours "reasonably" expended, the hourly rate of each [professional], the calculation of the time value of money (to account for delay in payment), potential increases and decreases to account for risk and the results obtained, and a complex of other considerations under the heading of "billing judgment."

*Kirchoff v. Flynn*, 786 F.2d 320 (7th Cir. 1986). Additionally, other courts of appeal have

recognized that:

[I]t is important for the court to maintain a sense of overall proportion and not become enmeshed in meticulous analysis of every detailed facet of the professional representation. It is easy to speculate in retrospect that the work could have been done in less time or with fewer attorneys or with an associate rather than a partner. On the other hand, it is also possible that [the client] would not have enjoyed the success it did had its counsel managed matters differently.

*Boston and Main Corp. v. Moore*, 776 F.2d 2, 10 (1st Cir. 1985) (citations omitted).

9.       In reviewing the Fee Application, the court should be guided by the Seventh

Circuit's instruction to ascertain whether such services were rendered and billed in accordance

with the established market for professional services in similar matters:

[I]t is not the function of judges in fee litigation to determine the equivalent of medieval just price. It is to determine what the lawyer would receive if he was selling his services in the market rather than being paid by court order.

71019457v1 0932325

*In re Continental Illinois Securities Litigation*, 962 F.2d 566, 568 (7th Cir. 1992); *see Mann v. McCombs (In re McCombs)*, 751 F.2d 286, 288 (8th Cir. 1984) (section 330 "is meant to encourage high standards of professional legal practice in the bankruptcy courts . . . . Bankruptcy courts must consider whether the fee awards are commensurate with fees for professional services in non-bankruptcy cases, thus providing sufficient economic incentive to practice in bankruptcy courts.").

10.     In evaluating the Fee Application, the Court should consider the novelty and difficulty of the issues presented, the skill required to perform the services properly, the preclusion of other employment caused by GGH's retention in this case, the customary fees charged in similar cases, the existence of time limits under which the services were rendered, the results obtained, the experience and ability of the professionals involved, and the amount of awards of compensation in similar cases. *See In re Alberto*, 121 B.R. 531, 534 (Bankr. N.D. Ill. 1990).

11.     GGH's hourly rates of compensations for those attorneys during the Fee Application Period range from $295 to $455. Those rates are comparable to rates charged by other attorneys having the same amount of experience, expertise, and standing for similar services in this jurisdiction. GGH consistently and consciously made every reasonable effort to serve the Debtors in the most economical, efficient, and practical manner possible.

12.     A summary of the compensation requested herein regarding each of GGH's attorneys is set forth below:

| Attorney | Hourly Billing Rate | Total Hours | Total Compensation Requested |
|---|---|---|---|
| Gary B. Garofalo | $455 | 1.3 | $591.50 |
| Aaron A. Goerlich | $435 | 40.0 | $17,400.00 |

71019457v1 0932325

| | | | |
|---|---|---|---|
| Victor H. Smith | $325 | .8 | $260.00 |
| Jason E. Maddux | $295 | 1.5 | $442.50 |
| | **TOTAL:** | 43.6 | $18,694.00 |

13.     No agreement or understanding exists between GGH and any other person for the sharing of compensation received or to be received in connection with this case, other than as disclosed or authorized pursuant to the Bankruptcy Code, Bankruptcy Rules, and the Local Rules.

14.     GGH performed the services for which it is seeking compensation on behalf of or for the Debtors and their estates and not on behalf of any committee, creditor, or other person.

15.     Except as provided herein or in the application to retain GGH, GGH has received no payment and no promises for payment from any source other than the Debtors for services rendered in assisting the Debtors in carrying out their duties under the Bankruptcy Code.

16.     GGH reserves the right to correct, amend, or supplement this Fee Application, including without limitation, to seek payment in the event this Fee Application is not approved in full.

17.     The Debtors previously paid to GGH the sum of $6,381.25 for services covered by this Fee Application and said amount remains in GGH's client trust fund account. As part of this Fee Application, GGH requests that it be authorized to apply said amount against the amounts due and owing to GGH.

### SERVICES RENDERED

18.     This Fee Application sets forth in detail the work performed by GGH and the time spent during the Fee Application Period. All of the services rendered are divided into subject

71019457v1 0932325

matter categories ("**Matter Categories**", and if singular, a "**Matter Category**"). All Matter Categories below include a header reflecting the actual hours expended and compensation requested by this Fee Application.

19.     The attached Exhibit A is a summary of the fees requested by matter category and attorney.   The attached Exhibit B are the monthly invoices prepared by GGH, including a summary of hours of service by each attorney and the hourly rate of each attorney who performed services with respect to the Fee Application Period.   In addition, Exhibit B includes a detailed itemization and description of services that are included in the Fee Application Period for each attorney.   Further, Exhibit B describes the services for which compensation is sought and: (a) identifies the individuals that rendered services in each matter; (b) describes each activity or service that each individual performed; and (c) states the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services.

**Category 1 – DOT and FAA Matters:     Hours: 35.8     Fees: $15,301.00**

20.     The 35.8 hours spent in the DOT and FAA Matters category primarily concerned preparation, telephone conferences, correspondence, and representation of the Debtors in matters concerning regulatory advice and consultation, contracts and agreements, negotiations, general corporate matters, and government filings and submissions, all relating to the U.S. Department of Transportation and Federal Aviation Administration.

**Category 2 – Miscellaneous Government:     Hours: 4.0     Fees: $1,740.00**

21.     The 4.0 hours spent in the Miscellaneous Government matter category primarily concerned review, analysis, correspondence, telephone conferences, and drafting memoranda responding to government matters and inquiries other than DOT and FAA.

71019457v1 0932325

**Category 3 – Contracts/Agreements:    Hours: 3.8    Fees: $1,653.00**

22.    The 3.8 hours spent in the Contracts/Agreement matter category primarily concerned review, analysis, correspondence, and drafting memoranda relating to contract issues and disputes involving the Debtors.

### REASONABLE EXPENSES INCURRED

23.    GGH has incurred expenses of $38.25 in connection with its services rendered to the Debtors during the Fee Application Period.  These expenses represent actual out-of-pocket costs for items incurred exclusively for the benefit of the Debtors, including, but not limited to, local transportation and computerized legal research.  GGH submits that all such expenses are necessary and actual expenses for the performance of its duties as special counsel for the Debtors.

24.    A summary of the expenses incurred are incorporated in each monthly invoice as part of Exhibit B, attached hereto.  Expenses during the Fee Application Period were incurred in the following general categories:

| Expense Type | Total Reimbursement Requested |
|---|---|
| Local Transportation | $8.50 |
| Computerized Legal Research | $29.75 |

25.    Local Transportation.  The Local Transportation incurred primarily concerned necessary transportation to off-site locations related to services rendered to the Debtors.  These expenses are set forth in detail in Exhibit B, attached.

26.    Computerized Legal Research.  The Computerized Legal Research Expenses incurred primarily concern the charges incurred relating to computerized legal research performed on behalf of the Debtors.  These expenses are set forth in detail in Exhibit B, attached.

71019457v1 0932325

## BENEFIT TO THE ESTATES

27.     GGH submits that the services rendered during the Fee Application Period were beneficial to the estates, and that its requested compensation should be approved on a final basis.

28.     GGH submits that its fees are fair and reasonable given, among other things: (a) the complexity of this chapter 11 case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

29.     GGH submits that the legal services provided to the Debtors benefited the estates by ensuring that the value of the estates are maximized for the benefit of all parties-in-interest.

## NOTICE

30.     Pursuant to Bankruptcy Rule 2002(a)(6), twenty-one days' notice of this Fee Application has been provided to: (a) the United States Trustee for Region 11; (b) the entities listed on the Consolidated List of Creditors Holding the 30 Largest Unsecured Claims filed pursuant to Bankruptcy Rule 1007(d); (c) counsel to any statutory committee appointed in these cases; (d) counsel to INTRUST Bank, N.A., the primary secured lender; (e) Airline Pilots Association, International; (f) Transport Workers Union of America, AFL-CIO; (g) all parties requesting electronic service pursuant to Bankruptcy Rule 2002; and (h) the Internal Revenue Service.

## CONCLUSION

WHEREFORE, Garofalo Goerlich Hainbach PC respectfully requests that the Court enter an Order substantially in the form attached hereto as Exhibit C:

(a)     allowing Garofalo Goerlich Hainbach PC, on a final basis, $18,694.00 in compensation for the Fee Application Period as chapter 11 administrative expenses of the Debtors' estates pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code;

(b)      allowing Garofalo Goerlich Hainbach PC, on a final basis, $38.25 in reimbursable expenses for the Fee Application Period as chapter 11 administrative expenses of the Debtors' estates pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code;

(c)      authorizing payment out of available cash deposits of the Debtors to Garofalo Goerlich Hainbach PC of $18,732.25, representing amounts owing to Garofalo Goerlich Hainbach PC on account of the Fee Application;

(d)      authorizing Garofalo Goerlich Hainbach PC to apply the $6,381.25 remaining in its client trust fund account against the total amount due;

(e)      and granting such other and further relief as the Court deems just and proper.

Dated: July 23, 2013

/s/Thomas J. Lester
Thomas J. Lester
Hinshaw & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL  61105-1389
(815) 490-4900
Fax:  (815) 490-4901

*Counsel to the Debtors*

71019457v1 0932325

## EXHIBIT A

**SUMMARY OF FEES REQUESTED BY MATTER CATEGORY AND ATTORNEY**

71019457v1 0932325

## SUMMARY OF FEES REQUESTED BY MATTER CATEGORY
## AND ATTORNEY

| INVOICE | ATTORNEY | MATTER CATEGORY | HOURS | RATE | FEES |
|---|---|---|---|---|---|
| # 34698<br><br>9/1/12 through 11/30/12 | Gary B. Garofalo | 1 – DOT and FAA Matters | 0.2 | $455 | $91.00 |
| | Aaron A. Goerlich | 1 – DOT and FAA Matters | 5.4 | $435 | $2,349.00 |
| # 34798<br><br>12/01/12 through 12/31/12 | Gary B. Garofalo | 1 – DOT and FAA Matters | 0.8 | $455 | $364.00 |
| | Aaron A. Goerlich | 1 – DOT and FAA Matters | 8.2 | $435 | $3,567.00 |
| | Aaron A. Goerlich | 2 – Miscellaneous Government | 4.0 | $435 | $1,740.00 |
| | Victor H. Smith | 1 – DOT and FAA Matters | 0.8 | $325 | $260.00 |
| | Jason E. Maddux | 1 – DOT and FAA Matters | 1.5 | $295 | $442.50 |
| # 34862<br><br>1/01/13 through 1/31/13 | Aaron A. Goerlich | 1 – DOT and FAA Matters | 5.8 | $435 | $2,523.00 |
| | Aaron A. Goerlich | 3 – Contracts / Agreements | 3.8 | $435 | $1,653.00 |
| # 34955<br><br>2/01/13 through 2/28/13 | Gary B. Garofalo | 1 – DOT and FAA Matters | 0.3 | $455 | $136.50 |
| | Aaron A. Goerlich | 1 – DOT and FAA Matters | 12.80 | $435 | $5,568.00 |

71019457v1 0932325

| ATTORNEY SUBTOTALS: | Gary B. Garofalo | 1 – DOT and FAA Matters | 1.3 | $455 | $591.50 |
|---|---|---|---|---|---|
| | Aaron A. Goerlich | 1 – DOT and FAA Matters | 32.2 | $435 | $14,007.00 |
| | Aaron A. Goerlich | 2 – Miscellaneous Government | 4.0 | $435 | $1,740.00 |
| | Aaron A. Goerlich | 3 – Contracts / Agreements | 3.8 | $435 | $1,653.00 |
| | Victor H. Smith | 1 – DOT and FAA Matters | 0.8 | $325 | $260.00 |
| | Jason E. Maddux | 1 – DOT and FAA Matters | 1.5 | $295 | $442.50 |
| TOTAL FEES: | | | | | $18,694.00 |

71019457v1 0932325

## EXHIBIT B

**MONTHLY INVOICES DETAILING SERVICES RENDERED, EXPENSES
INCURRED, TIME DETAIL, AND TOTAL COMPENSATION AND
REIMBURSEMENT OF EXPENSES REQUESTED BY GAROFALO GOERLICH
HAINBACH PC**

71019457v1 0932325

Law Offices

# GAROFALO GOERLICH HAINBACH PC

1200 NEW HAMPSHIRE AVE NW  SUITE 800  WASHINGTON DC 20036-6802
TELEPHONE 202 776-3970  FACSIMILE 202 776-3975
WWW.GGH-AIRLAW.COM

December 11, 2012

**Ryan International Airlines, Inc.**
**Attn: Mr. Mark Robinson**
**4949 Harrison Avenue, Suite 200**
**Rockford, IL 61108-7987**
**MikeLogan@flyryan.com**
**cc:agoerlich@ggh-airlaw.com**

Invoice # 34698

Client # 1102E

## INVOICE

For services rendered through November 30, 2012:

|  | Hours | Amount |
|---|---|---|
| **Total Fees (per attached Description):** | 5.60 | $2,440.00 |

Reimbursable Expenses as of:

| | |
|---|---|
| 9/30/2012 Computerized Legal Research | 14.10 |
| 11/30/2012 Local Transportation | 8.50 |
| **Total Reimbursable Expenses:** | $22.60 |
| **Total amount of this bill:** | $2,462.60 |

**WIRE TRANSFER INSTRUCTIONS**
Transfer to:  Wachovia Bank of Washington DC – Bank Routing No. 054001220
Bank Phone:  (202) 637-2620 – Fax:  (202) 637-2631
Credit to the Account of:  Garofalo Goerlich Hainbach P.C. – Account No. 2000035198723
*Outside U.S.A. wire transfer Swift Code # PNBPUS33*

Ryan International Airlines, Inc.         2

### Description of Services

|  |  | Hours |
|---|---|---|
| 10/24/2012 AAG | **DOT MATTERS**<br>Review and analyze DOT enforcement order against Xtra Airways; draft and finalize memorandum (email) to Messrs. Hutchinson and Robinson enclosing and commenting on same and providing recommendations | 1.20 |
| 11/16/2012 AAG | **DOT MATTERS**<br>Review and analyze new DOT guidance re public charter contracting, prospectus certifications, etc.; office conference re same | 0.50 |
| 11/20/2012 AAG | **DOT MATTERS**<br>Conference call with Messrs. Hutchinson and Perry re above DOT notice; work on and finalize memorandum (email) to Mr. Hutchinson enclosing and commenting on DOT notice | 1.00 |
| 11/21/2012 AAG | **DOT MATTERS**<br>Draft and finalize letter to DOT requesting clarification of legal status of above notice, indentifying issues, etc. | 1.40 |
| 11/26/2012 AAG | **DOT MATTERS**<br>Conference call with Messrs. Robinson, Hutchinson, Brooks (NACA), Doell (NACA), et al. to discuss DOT notice restricting public charter contracts, possible NACA action, interested parties, etc.; email transmitting copy of Nov. 21 letter to DOT; memorandum to file | 0.90 |
| 11/30/2012 GBG | **DOT MATTERS**<br>Office conference re possible deferral of effective date of DOT notice and follow-up meeting with DOT | 0.20 |
| 10/22/2012 AAG | **GENERAL CORPORATE**<br>Review draft of first interim fee application of GGH; email to Mr. Noble re same | 0.40 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Gary B. Garofalo | 0.20 | 455.00 | $91.00 |
| Aaron A. Goerlich | 5.40 | 435.00 | $2,349.00 |

Law Offices

# GAROFALO GOERLICH HAINBACH PC

1200 NEW HAMPSHIRE AVE NW  SUITE 800  WASHINGTON DC 20036-6802
TELEPHONE 202 776-3970  FACSIMILE 202 776-3975
WWW.GGH-AIRLAW.COM

January 10, 2013

**Ryan International Airlines, Inc.**
**Attn: Mr. Mark Robinson**
**4949 Harrison Avenue, Suite 200**
**Rockford, IL 61108-7987**
**MikeLogan@flyryan.com**
**cc:agoerlich@ggh-airlaw.com**

Invoice # 34798

Client # 1102E

## INVOICE

For services rendered through December 31, 2012:

|  | Hours | Amount |
|---|---|---|
| **Total Fees (per attached Description):** | 15.30 | $6,373.50 |

Reimbursable Expenses as of:

| | |
|---|---|
| 12/31/2012 Computerized Legal Research | 7.75 |
| **Total Reimbursable Expenses:** | $7.75 |
| **Total amount of this bill:** | $6,381.25 |

**WIRE TRANSFER INSTRUCTIONS**
Transfer to:  Wachovia Bank of Washington DC – Bank Routing No. 054001220
Bank Phone:  (202) 637-2620 – Fax:  (202) 637-2631
Credit to the Account of:  Garofalo Goerlich Hainbach P.C. – Account No. 2000035198723
*Outside U.S.A. wire transfer Swift Code # PNBPUS33*

Ryan International Airlines, Inc.                                                                        2

Description of Services

| | | Hours |
|---|---|---:|
| 12/5/2012 AAG | DOT MATTERS<br>Email to Mr. Noble (bankruptcy counsel) re status of<br>reorganization plan, etc.; review reply | 0.20 |
| JEM | DOT MATTERS<br>Research federal case law on legality of new DOT public<br>charter policy statement; office conference re industry<br>lawyer meeting with DOT staff | 0.50 |
| 12/6/2012 JEM | DOT MATTERS<br>Research federal case law on legality of agency policy<br>statements; draft bullet point summary for Dec. 12 DOT<br>meeting | 0.80 |
| 12/7/2012 JEM | DOT MATTERS<br>Work on bullet point summary for DOT meeting | 0.20 |
| 12/10/2012 GBG | DOT MATTERS<br>Office conference to develop presentation to DOT for<br>12/12 meeting and allocation of tasks | 0.10 |
| AAG | DOT MATTERS<br>Preparation for Dec. 12 meeting with DOT re<br>recently-issued public charter policy notice | 0.80 |
| 12/11/2012 GBG | DOT MATTERS<br>Office conference to develop position for presentation at<br>12/12 meeting with DOT officials | 0.10 |
| AAG | DOT MATTERS<br>Review Dec. 11 DOT notice postponing effective date of<br>Nov. 13 public charter policy notice; email to Mr. Robinson<br>enclosing and commenting on same, advising of Dec. 12<br>meeting at DOT, etc. | 0.50 |
| AAG | DOT MATTERS<br>Additional preparation for Dec. 12 meeting at DOT | 0.80 |
| 12/12/2012 AAG | DOT MATTERS<br>Attendance at DOT meeting regarding recently-issued<br>public charter notice revising certain rules and policies;<br>draft and finalize memorandum (email) to Mr. Robinson<br>discussing outcome of DOT meeting, anticipated next<br>steps in matter, etc. | 1.50 |

Ryan International Airlines, Inc.                                                                              3

|  | | Hours |
|---|---|---|
| 12/13/2012 AAG | DOT MATTERS<br>Work on and finalize above memorandum to Mr. Robinson re Dec. 12 meeting at DOT | 0.80 |
| 12/18/2012 AAG | DOT MATTERS<br>Telephone call from Mr. Hutchinson to discuss possible one-way (US-Brazil) public charter operation; memorandum to file | 0.30 |
| 12/19/2012 GBG | DOT MATTERS<br>Office conference re issues (if any) related to scheduled passenger service licensing | 0.20 |
| AAG | DOT MATTERS<br>Conference call from Messrs. Hutchinson and Perry (extended) to discuss DOT requirements vis-a-vis potential Midwest-Florida scheduled service operations, direct-sale charter alternative, etc.; memorandum to file | 0.60 |
| AAG | DOT MATTERS<br>Review Hutchinson-to-Potter email re DOT requirements concerning above service; draft and finalize memorandum (email) to Mr. Hutchinson providing additional information, etc.; review reply | 0.50 |
| 12/20/2012 AAG | DOT MATTERS<br>Emails from/to Mr. Robinson re DOT scheduled-service license | 0.20 |
| 12/3/2012 GBG | FAA MATTERS<br>Review and analyze FAA-issued NPRM addressing certain contract maintenance issues | 0.40 |
| 12/14/2012 VHS | FAA MATTERS<br>Review FAA initiative to apply certain OSHA requirements to cabin crew; telephone conference with FAA re same; work on summary of same | 0.80 |
| 12/20/2012 AAG | FAA MATTERS<br>Further review and analyze FAA regulatory proposals re (i) OSHA regulation of cabin crew working conditions, and (ii) increased regulation vis-a-vis contract maintenance providers; work on, expand and finalize memorandum (email) to Messrs. Robinson and Fay enclosing and commenting on above proposals | 2.00 |

Ryan International Airlines, Inc.                                                                    4

|  |  | Hours |
|---|---|---|
| 12/5/2012 AAG | MISCELLANEOUS GOVERNMENT<br>Review and analyze new OFAC regulation and preamble re payments to Cuba for ATC overflight services; telephone call with OFAC staff re portions of same; draft and finalize memorandum (email) to Mr. Robinson re new regulation; review reply | 1.60 |
| 12/14/2012 AAG | MISCELLANEOUS GOVERNMENT<br>Review and analyze Dec. 10 email and attachments from Mr. Robinson re EU ETS, related US legislation, etc.; review and analyze recent EU ETS guidance, etc., re 2013 flights, ICAO proceedings, etc.; draft and finalize memorandum(email) to Mr. Robinson, et al. responding to inquiry and providing comments on EU ETS guidance document | 1.40 |
| 12/19/2012 AAG | MISCELLANEOUS GOVERNMENT<br>Review Dec. 17 email from Mr. Aldrich re EU ETS "stop the clock" issues; research re same; memorandum to Mr. Aldrich responding to inquiries; review reply | 1.00 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Gary B. Garofalo | 0.80 | 455.00 | $364.00 |
| Aaron A. Goerlich | 12.20 | 435.00 | $5,307.00 |
| Victor H. Smith | 0.80 | 325.00 | $260.00 |
| Jason E. Maddux | 1.50 | 295.00 | $442.50 |

Law Offices

# GAROFALO GOERLICH HAINBACH PC

1200 NEW HAMPSHIRE AVE NW  SUITE 800  WASHINGTON DC 20036-6802
TELEPHONE 202 776-3970  FACSIMILE 202 776-3975
WWW.GGH-AIRLAW.COM

### February 07, 2013

**Ryan International Airlines, Inc.**
**Attn: Mr. Mark Robinson**
**4949 Harrison Avenue, Suite 200**
**Rockford, IL 61108-7987**
**MikeLogan@flyryan.com**
**cc:agoerlich@ggh-airlaw.com**

Invoice # 34862

Client # 1102E

### INVOICE

For services rendered through January 31, 2013:

|  | Hours | Amount |
|---|---|---|
| **Total Fees (per attached Description):** | 9.60 | $4,176.00 |

Reimbursable Expenses as of:

| 12/31/2012  Computerized Legal Research | 7.90 |
|---|---|
| **Total Reimbursable Expenses:** | $7.90 |
| **Total amount of this bill:** | $4,183.90 |

**WIRE TRANSFER INSTRUCTIONS**
Transfer to:  Wachovia Bank of Washington DC – Bank Routing No. 054001220
Bank Phone:  (202) 637-2620 – Fax:  (202) 637-2631
Credit to the Account of:  Garofalo Goerlich Hainbach P.C. – Account No. 2000035198723
*Outside U.S.A. wire transfer Swift Code # PNBPUS33*

Ryan International Airlines, Inc.                                                    2

Description of Services

|  |  |  | Hours |
|---|---|---|---|
| 1/15/2013 AAG | CONTRACTS/AGREEMENTS<br>Review Jan. 15 letter from Mr. Robinson re potential<br>contract claim by AGT Co., etc.; memorandum to file | | 0.30 |
| 1/17/2013 AAG | CONTRACTS/AGREEMENTS<br>Further review Jan. 15 letter from Mr. Robinson re contract<br>dispute with AGT Company; review and analyze portions of<br>Ryan-AGT charter contract; memorandum to file | | 1.20 |
| 1/18/2013 AAG | CONTRACTS/AGREEMENTS<br>Review additional email from Mr. Robinson re AGT<br>Company dispute; review and analyze Ryan-AGT<br>correspondence (emails, etc.) preceding dispute; draft and<br>finalize detailed memorandum (email) to Mr. Robinson<br>responding to inquiries re AGT dispute | | 2.30 |
| 1/4/2013 AAG | DOT MATTERS<br>Review DOT notice proposing revisions to controversial<br>public charter notice and inviting comments; email to Mr<br>Robinson transmitting same | | 0.60 |
| 1/10/2013 AAG | DOT MATTERS<br>Conference call (extended) with Messrs. Robinson and Fay<br>to discuss regulatory implications, etc., of probable<br>cessation of air transportation operations; memorandum to<br>file | | 0.60 |
| 1/12/2013 AAG | DOT MATTERS<br>Review Jan. 11 email from Mr. Robinson re cessation of air<br>transportation operations, etc.; telephone call with Mr.<br>Lester (bankruptcy counsel) to discuss alternatives for<br>potential sale of company and/or assets, etc.; memorandum<br>to file | | 0.70 |
| 1/13/2013 AAG | DOT MATTERS<br>Review email from Mr Lester following up on above<br>telephone call | | 0.10 |
| 1/14/2013 AAG | DOT MATTERS<br>Draft letter to Ms. Remo (DOT) re discontinuation of air<br>carrier operations; emails to/from Mr. Robinson re go-ahead<br>on same; finalize and transmit letter to DOT; review DOT<br>acknowledgement; email to Mr. Robinson enclosing and<br>commenting on finalized letter to DOT; memorandum to file | | 1.10 |

Ryan International Airlines, Inc.                                                                 3

|  |  |  | Hours |
|---|---|---|---|
| 1/15/2013 AAG | DOT MATTERS | Review emails from Messrs. Lester and Robinson re potential sale of Ryan inclusive of key assets only, etc.; draft and finalize memorandum (email) to Mr Robinson re need to include DOT certificate, etc. | 0.40 |
| 1/16/2013 AAG | DOT MATTERS | Review DOT letter acknowledging Ryan cessation of air transportation operations; email to Messrs. Robinson and Lester enclosing and commenting on DOT letter; memorandum to file | 0.40 |
| 1/17/2013 AAG | DOT MATTERS | Telephone call from Mr. Bilek (potential purchaser's representative) to discuss Ryan's DOT status, DOT filing requirements, etc. | 0.30 |
| AAG | DOT MATTERS | Review Matsumoto (AGT Company) complaint to DOT re Summer 2011 flight delay; emails from/to Mr. Robinson re complaint, next step, etc. | 0.40 |
| 1/21/2013 AAG | DOT MATTERS | Review emails from Messrs. Lester and Robinson following up on AGT matter; reply to same | 0.20 |
| 1/24/2013 AAG | DOT MATTERS | Email to Mr. Robinson providing reminder re 2012 disability complaint report due at DOT Jan. 28; review reply from Mr. Cox | 0.30 |
| 1/15/2013 AAG | FAA MATTERS | Telephone call from Mr. Robinson to discuss FAA certificate transfer-related issues; memorandum to file | 0.30 |
| 1/17/2013 AAG | FAA MATTERS | Review email from Mr. Gardner (FAA) and attachment (FSIMS excerpt) re potential carrier acquisition, etc., forwarded by Mr. Robinson | 0.40 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Aaron A. Goerlich | 9.60 | 435.00 | $4,176.00 |

Law Offices

# GAROFALO GOERLICH HAINBACH PC

1200 NEW HAMPSHIRE AVE NW  SUITE 800  WASHINGTON DC 20036-6802
TELEPHONE 202 776-3970  FACSIMILE 202 776-3975
WWW.GGH-AIRLAW.COM

March 12, 2013

**Ryan International Airlines, Inc.**
**Attn: Mr. Mark Robinson**
**4949 Harrison Avenue, Suite 200**
**Rockford, IL 61108-7987**
**MikeLogan@flyryan.com**
**cc:agoerlich@ggh-airlaw.com**

Invoice # 34955

Client # 1102E

## INVOICE

For services rendered through February 28, 2013:

|  | Hours | Amount |
|---|---|---|
| **Total Fees (per attached Description):** | 13.10 | $5,704.50 |

**WIRE TRANSFER INSTRUCTIONS**
Transfer to:  Wachovia Bank of Washington DC – Bank Routing No. 054001220
Bank Phone:  (202) 637-2620 – Fax:  (202) 637-2631
Credit to the Account of:  Garofalo Goerlich Hainbach P.C. – Account No. 2000035198723
*Outside U.S.A. wire transfer Swift Code # PNBPUS33*

Ryan International Airlines, Inc.                                                    2

Description of Services

| | | | Hours |
|---|---|---|---|
| 2/6/2013 AAG | DOT MATTERS | Review email from Mr. Lester and attached correspondence from Ms. Handel (DOJ) re DOT regulatory requirements, etc.; email to Mr. Lester responding to inquiry | 0.40 |
| 2/7/2013 AAG | DOT MATTERS | Review email and attachments from Mr. Davidson (DOT) requesting updated Ryan information, etc.; email to Messrs. Robinson and Lester re same | 0.30 |
| 2/8/2013 AAG | DOT MATTERS | Review email from Mr. Robinson re impending sale to AJet Holdings, etc.; conference call with Messrs. Robinson and Lester re same | 0.40 |
| AAG | DOT MATTERS | Review and analyze debtors' motion to authorize and approve sale to AJet Holdings; review related documents; prepare mark-up of Exhibit A vis-a-vis transfer of DOT certificates, etc.; transmittal email to Messrs. Robinson and Lester | 1.30 |
| AAG | DOT MATTERS | Draft and finalize memorandum (email) to Mr. Davidson (DOT) providing requested update on Ryan status, etc. | 0.50 |
| 2/11/2013 AAG | DOT MATTERS | Review email from Mr. Davidson (DOT) acknowledging above information | 0.10 |
| 2/13/2013 GBG | DOT MATTERS | Office conference re DOT issues in relation to AJet transaction | 0.30 |
| AAG | DOT MATTERS | Telephone call from Mr. Bilek (AJet representative) re aspects of DOT fitness determination requirements, etc.; memorandum to file | 0.30 |
| 2/14/2013 AAG | DOT MATTERS | Review Jan. 17 Matsumoto (Beyond/AGT) complaint to DOT re August 2011 flight cancellation, etc.; review and analyze pertinent background materials and DOT regulations; draft, revise, and finalize letter to Ms. Fong | 2.70 |

Ryan International Airlines, Inc.                                                          3

|  |  |  | Hours |
|---|---|---|---|
|  |  | (DOT) responding to complaint; transmittal emails to Ms. Fong and Messrs. Robinson and Lester |  |
| 2/14/2013 | AAG | DOT MATTERS<br>Review emails from Ms. Handel (DOJ) re certificate transfer issue (forwarded by Mr. Lester); email to Mr. Lester responding to inquiry; emails from/to Mr. Walker (DOT) re status of Ryan | 0.60 |
| 2/15/2013 | AAG | DOT MATTERS<br>Review emails from Messrs. Robinson and Bilek re DOT continuing fitness requirements, etc.; follow-up telephone call with Mr. Robinson re same; email to Mr. Robinson transmitting DOT ownership change information request; emails from/to Messrs. Robinson and Lester re Handel/DOT-related complications, possible conference call, etc. | 0.80 |
| 2/19/2013 | AAG | DOT MATTERS<br>Review Feb. 18-19 Handel and Lester emails re DOT-related issues; review 1998 DOT continuing fitness guidance in preparation for conference call with DOT and DOJ; conference call with Ms. Handel (DOJ), Mr. Walker (DOT), et al. (extended) to discuss Ryan status, DOT notification issues, etc.; follow-up conference call with Messrs. Lester and Robinson; memorandum to file | 2.30 |
|  | AAG | DOT MATTERS<br>Review email from Ms. Handel (DOJ) requesting additional input re "certificate transfer" question; draft and finalize memorandum (email) to Ms. Handel responding to inquiry | 0.50 |
| 2/20/2013 | AAG | DOT MATTERS<br>Review follow-up email from Ms. Handel requesting additional input on above; draft and finalize memorandum (email) to Ms. Handel providing response; review additional email from Ms. Handel re text of bankruptcy court document, etc.; draft and finalize reply; review Robinson-to-Handel email re post-closing time frame and Ms. Handel's reply; telephone call from Mr. Robinson re same; develop expanded text for above document; follow-up emails to/from Ms. Handel and Mr. Robinson re same | 2.20 |

Ryan International Airlines, Inc.                                                          4

|  |  | Hours |
|---|---|---|
| 2/21/2013  AAG | DOT MATTERS<br>Review copy of court order authorizing sale to AJet<br>Holdings; emails to/from Mr. Lester re same, etc. | 0.40 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Gary B. Garofalo | 0.30 | 455.00 | $136.50 |
| Aaron A. Goerlich | 12.80 | 435.00 | $5,568.00 |

## EXHIBIT C

**PROPOSED ORDER**

71019457v1 0932325

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   12-8002 |
| RYAN INTERNATIONAL AIRLINES, | ) | (Jointly Administered) |
| INC., et al., | ) | Chapter:  7 |
| | ) | |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING FINAL FEE APPLICATION OF GAROFALO GOERLICH HAINBACH PC AS SPECIAL COUNSEL FOR THE DEBTORS**

Upon consideration of the Final Fee Application of Garofalo Goerlich Hainbach PC as Special Counsel for the Debtors (the "Fee Application") for final approval of compensation and reimbursement of expenses for the period from September 1, 2012 through February 28, 2013 (the "Fee Application Period"); the Court having reviewed the Application and having heard the statements of counsel at a hearing (the "Hearing") before the Court; it appearing to the Court that: (a) the Court has jurisdiction over this matter pursuant to sections 157(a) and 1334 of title 28 of the United States Code and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois; (b) this is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2); the Court finding that the amounts requested in the Application are reasonable; the Court further finding that the services rendered and expenses incurred by Garofalo Goerlich Hainbach PC, as described in the Fee Application, were actual and necessary to the administration of, and actually benefited, the above-captioned debtors' (the "Debtors") bankruptcy estates; the Court further finding that due and adequate notice of the Fee Application and the Hearing was provided; and the Court being fully advised in the premises and having determined that the legal and factual basis set forth in the Application and at the Hearing establish just cause for the relief granted herein;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

A. The Fee Application shall be, and hereby is, granted in its entirety.

B. The Court hereby allows Garofalo Goerlich Hainbach PC, on a final basis, compensation in the amount of $18,694.00 for the Fee Application Period as administrative expenses of the Debtors' estates pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code.

C. The Court hereby allows Garofalo Goerlich Hainbach PC, on a final basis, reimbursement of expenses in the amount of $38.25 for the Fee Application Period as administrative expenses of the Debtors' estates pursuant to sections 503(b) and 507(a)(1)of the Bankruptcy Code.

D. The Court hereby authorizes the Debtors' estates to pay to Garofalo Goerlich Hainbach PC $18,732.25, representing all amounts owing to Garofalo Goerlich Hainbach PC on account of the Fee Application.

E. The Court hereby authorizes Garofalo Goerlich Hainbach PC to apply the $6,381.25 remaining in its client trust fund account against the amount due.

Enter:

Dated:                                    United States Bankruptcy Judge

**Prepared by:**

Thomas J. Lester
Hinshaw & Culbertson LLP
100 Park Avenue
Rockford, IL  61101
(815) 490-4900