# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| RYAN INTERNATIONAL AIRLINES, INC., et al.,[1] | Case No. 12-80802 (Jointly Administered) |
| Debtors. | |

## ORDER APPROVING FINAL APPLICATION OF FORD & HARRISON LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS

Upon consideration of the Final Application of Ford & Harrison LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel for the Debtors (the "Application") for the period from March 28, 2012 through August 31, 2012 (the "Application Period") and this Court having determined that proper and adequate notice has been given and that no other or further notice is necessary; and any objections to the Application having been resolved; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Application is GRANTED; and

2. Ford & Harrison LLP is allowed final compensation in the amount of $159,696.50; and

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer identification number include: Ryan International Airlines. Inc, 1437; Rubloff 757-MSN24794, LLC, 1494; Rubloff Ryan, L.L.C., 1289; Rubloff/Ryan 80 LLC, 4274; Ryan 763BK, L.L.C., 4107; Ryan 767, LLC, 6777; Sundowner 102, LLC, 6462; Sundowner Alexandria LLC, 1058; Sundowner Mesa, LLC f/k/a Prisoner Transportation Services, LLC, 7195; Sundowner Oklahoma City LLC, 0958; Rubloff Aerospace, L.L.C., 4536.

3.	Ford & Harrison LLP is allowed final reimbursement of expenses in the amount of $2,223.23.

4.	The total aggregate amount of fees and expenses allowed to Ford & Harrison LLP is $161,919.73, of which $136,919.73 remains unpaid.

5.	Ford & Harrison LLP's Application is approved subject to the Orders dated April 6, 2012 [Docket No. 119 and 120] relating to INTRUST Bank N.A.'s extension of post-petition financing and granting use of cash collateral and adequate protection.

Dated: _____, 2013

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Thomas M. Lynch
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE