**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | Case No. 12-80802 |
| ) | Jointly Administered |
| RYAN INTERNATIONAL AIRLINES, INC., ) | Honorable Thomas M. Lynch |
| *et al.*[1], ) | |
| ) | **Ref. Docket No. _____** |
| Debtors. ) | |

**ORDER GRANTING THIRD INTERIM AND FINAL FEE APPLICATION**
**OF SIDLEY AUSTIN LLP AS COUNSEL TO THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS**

Upon consideration of the Third Interim and Final Fee Application of Sidley Austin LLP as Counsel to the Official Committee of Unsecured Creditors (the "Final Fee Application") (Docket No. ____) for final approval of compensation and reimbursement of expenses for the period from September 1, 2012 through February 28, 2013 (the "Final Fee Application Period"); the Court having reviewed the Final Fee Application and having heard the statements of counsel at a hearing (the "Hearing") before the Court; it appearing to the Court that: (a) the Court has jurisdiction over this matter pursuant to sections 157(a) and 1334 of title 28 of the United States Code and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois; (b) this is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2); the Court finding that the amounts requested in the Final Fee Application are reasonable; the Court further finding that the services rendered and expenses incurred by Sidley Austin LLP ("Sidley"), as described in the Final Fee Application, were actual and necessary to the administration of, and

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer identification number include: Ryan International Airlines, Inc., 1437; Rubloff 757-MSN24794, LLC, 1494; Rubloff Ryan, L.L.C., 1289; Rubloff/Ryan 80 LLC, 4274; Ryan 763BK, L.L.C., 4107; Ryan 767, LLC, 6777; Sundowner 102, LLC, 6462; Sundowner Alexandria LLC, 1058; Sundowner Mesa, LLC *f/k/a* Prisoner Transportation Services, LLC, 7195; Sundowner Oklahoma City LLC, 0958; Rubloff Aerospace, L.L.C., 4536.

actually benefited, the above-captioned debtors' (the "Debtors") bankruptcy estates; the Court further finding that due and adequate notice of the Final Fee Application and the Hearing was provided; and the Court being fully advised in the premises and having determined that the legal and factual basis set forth in the Final Fee Application and at the Hearing establish just cause for the relief granted herein;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

A. The Final Fee Application shall be, and hereby is, granted in its entirety, less certain voluntary reductions negotiated by Sidley, the Debtors and the U.S. Trustee.

B. The Court hereby allows Sidley, on a final basis, compensation in the amount of $99,674.95 for the Final Fee Application Period as chapter 11 administrative expenses of the Debtors' estates pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code.

C. The Court hereby allows Sidley, on an final basis, reimbursement of expenses in the amount of $2,037.70 for the Final Fee Application Period as chapter 11 administrative expenses of the Debtors' estates pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code.

D. The Court hereby further authorizes the Chapter 7 Trustee to disperse amounts owed to Sidley on account of fees and expenses approved herein and under the Second Interim Fee Order pursuant to the terms of the Settlement Order.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated: _____, 2015    Enter:

_____
Honorable Thomas M. Lynch
United States Bankruptcy Judge

**Prepared By:**

SIDLEY AUSTIN LLP
Matthew A. Clemente
Michael G. Burke (admitted *pro hac vice*)
Brian J. Lohan
Michael T. Gustafson
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036