# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 7 |
| | ) Case No. 12-80802 |
| RYAN INTERNATIONAL AIRLINES, | ) Jointly Administered |
| INC., *et al.*, | ) |
| Debtors. | ) Honorable Thomas M. Lynch |
| | ) |
| | ) Hearing Date:  May 15, 2017 |
| | ) Hearing Time:  10:00 a.m. |

## NOTICE OF APPLICATION

**TO:**   See Attached Service List

**PLEASE TAKE NOTICE** that on **Monday, May 15, 2017** at **10:00 a.m.**, the undersigned shall appear before the Honorable Thomas M. Lynch, or whomever may be sitting in his place and stead, at the United States Bankruptcy Court for the Northern District of Illinois, Western Division, 327 S. Church Street, Rockford, IL  61101 and will then and there present the **Final Fee Application of Shaw Fishman Glantz & Towbin LLC as Special Counsel to Chapter 7 Trustee for Allowance of Compensation and Reimbursement of Expenses, Limited and Shortened Notice Thereof and Related Relief,** at which time you may appear if you deem fit.

Dated: April 26, 2017                                              Respectfully submitted,

                                                                               By: /s/ *John Guzzardo*
                                                                               Ira Bodenstein
                                                                               John W. Guzzardo
                                                                               Shaw Fishman Glantz & Towbin LLC
                                                                               321 N. Clark St. # 800
                                                                               jguzzardo@shawfishman.com
                                                                               *Counsel to the Chapter 7 Trustee*

{10779-001 APP A0467814.DOC}

**CERTIFICATE OF SERVICE**

John W. Guzzardo certifies that he caused to be served a true copy of the above and foregoing **Notice of Application** and **Final Fee Application of Shaw Fishman Glantz & Towbin LLC as Special Counsel to Chapter 7 Trustee for Allowance of Compensation and Reimbursement of Expenses, Limited and Shortened Notice Thereof and Related Relief,** upon the attached Service List in the manner indicated on this 26th day of April, 2017.

*/s/ John W. Guzzardo*

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Raul Abad    rabad@gustlaw.com, slonon@gustlaw.com;mwanslee@gustlaw.com
- Debra Devassy Babu    ddevassy@askounisdarcy.com
- J. Douglas Bacon    chefiling@lw.com
- J. Douglas Bacon    chefiling@lw.com
- Russell Baker    rbaker@bslbv.com, sjohnson@bslbv.com
- Russell Baker    rbaker@bslbv.com, sjohnson@bslbv.com
- Stephen G Balsley    sbalsley@bslbv.com
- Elizabeth A. Bates    ebates@springerbrown.com, jkrafcisin@springerbrown.com;iprice@springerbrown.com
- Richard A Bixter    richard.bixter@hklaw.com
- Stephen T. Bobo    sbobo@reedsmith.com
- David Brown    dbrown@springerbrown.com, jkrafcisin@springerbrown.com
- Paul Catanese    pcatanese@mcguirewoods.com, docket@mcguirewoods.com
- Matthew A Clemente    mclemente@sidley.com, efilingnotice@sidley.com;mgustafson@sidley.com;ffavia@sidley.com;mgburke@sidley.com;blohan@sidley.com
- Matthew A Clemente    mclemente@sidley.com, efilingnotice@sidley.com;mgustafson@sidley.com;ffavia@sidley.com;mgburke@sidley.com;blohan@sidley.com
- Kenneth R Eathington    kenny.eathington@huschblackwell.com
- Meredith S Fox    tspringer@springerbrown.com
- Jamie S Franklin    jsf@thefranklinlawfirm.com
- Steven A Ginther    ndilecf@dor.mo.gov
- William S Hackney    whackney@salawus.com, jadams@salawus.com
- George P Hampilos    georgehamp@aol.com, kris@hampilos-langley.com
- Andrea Handel    andrea.handel@usdoj.gov
- Mark F Hebbeln    mhebbeln@foley.com
- Matthew M. Hevrin    mhevrin@hinshawlaw.com, jfornal@hinshawlaw.com
- Scott E Hillison    hillison@pacatrust.com
- Stephanie K. Hor-Chen    schen@vedderprice.com, ecfdocket@vedderprice.com
- John Ireland    atty4employees@aol.com
- Bradley T Koch    bkoch@holmstromlaw.com

- Jocelyn L Koch    jkoch@holmstromlaw.com, lhedlund@holmstromlaw.com;knorris@holmstromlaw.com
- Rein F. Krammer    rkrammer@masudafunai.com, docketing@masudafunai.com
- Robert J. Labate    robert.labate@hklaw.com
- Richard G Larsen    rlarsen@springerbrown.com, vmaurer@kleinstoddard.com;jkrafcisin@springerbrown.com;iprice@springerbrown.com
- Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
- Thomas J Lester    tlester@hinshawlaw.com, ryoung@hinshawlaw.com
- Douglas J. Lipke    dlipke@vedderprice.com, ecfdocket@vedderprice.com
- Matthew G Martinez    matthew.martinez@sidley.com, efilingnotice@sidley.com
- Michelle A Mendez    mmendez@crb-law.com
- Darren M Mungerson    dmungerson@littler.com
- Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
- Bernard J Natale    natalelaw@bjnatalelaw.com
- Lars A Peterson    lapeterson@foley.com, khall@foley.com
- Steven R Rappin    dolswang@hrolaw.com, rarredondo@hrolaw.com
- Steven R Rappin    dolswang@hrolaw.com, rarredondo@hrolaw.com
- Tiffany Rodriguez    trodriguez@bslbv.com
- Carole J. Ryczek    carole.ryczek@usdoj.gov
- Thomas P. Sandquist    tsandquist@wilmac.com
- Jeremy Schreiber    jschreib@chapman.com
- Michael G Schultz    mgs@renozahm.com
- Robert Seltzer    rseltzer@cornfieldandfeldman.com
- Robert Simons    rsimons@reedsmith.com, slucas@reedsmith.com;jroach@reedsmith.com
- Michele M Springer    mspringer@springerbrown.com, marigonzo@springerbrown.com
- Thomas E Springer    tspringer@springerbrown.com, jkrafcisin@springerbrown.com
- Thomas E Springer    tspringer@springerbrown.com, tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
- James E Stevens    jimstevens@bslbv.com
- Jack D. Ward    jdw@renozahm.com
- Craig A Willette    craigwillette@comcast.net

**Via Prepaid First Class United States Mail**

Patrick S. Layng
Office of the United States Trustee
219 S. Dearborn Street, Room 873
Chicago, IL 60604

{10779-001 APP A0467814.DOC}    3

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 12-80802 |
| RYAN INTERNATIONAL AIRLINES, INC., *et al.*, | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| | ) | Hearing Date:  May 15, 2017 |
| | ) | Hearing Time:  10:00 a.m. |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

| | |
|---|---|
| Name of Applicant: | Shaw Fishman Glantz & Towbin LLC |
| Authorized to Provide Professional Services to: | Thomas E. Springer, successor chapter 7 trustee (the "Trustee") in the above-captioned, jointly-administered cases |
| Date of Order Authorizing Employment: | January 27, 2014 |
| Period for Which Compensation is Sought: | February 1, 2017 through April 11, 2017 |
| Amount of Fees Sought: | $250,000.00 |
| Amount of Expense Reimbursement Sought: | $255.40 |
| This is a(n): | ☐ Fourth Application       ☒ Final Application |

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| 1/12/2015 | 1/1/2014 - 1/7/2015 | $206,595.26 | $206,595.26 | 0 |
| 8/20/2015 | 1/8/2015 – 8/18/2015 | $64,817.58 | $64,817.58 | 0 |
| 3/23/2016 | 8/9/2015 – 3/10/2016 | $231,787.86 | $231,787.86 | 0 |
| 2/7/2017 | 3/11/2016 – 1/31/2017 | $105,881.43 | $105,881.43 | 0 |

| | |
|---|---|
| Applicant: | Shaw Fishman Glantz & Towbin LLC |
| Date:   April 26, 2017 | By:   /s/ *John Guzzardo* |
| | One of its Attorneys |

{10779-001 APP A0467814.DOC}                4

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 12-80802 |
| RYAN INTERNATIONAL AIRLINES, | ) | Jointly Administered |
| INC., *et al.*,[1] | ) | |
| Debtors. | ) | Honorable Thomas M. Lynch |
| | ) | |
| | ) | Hearing Date:  May 15, 2017 |
| | ) | Hearing Time:  10:00 a.m. |

**FINAL FEE APPLICATION OF SHAW FISHMAN GLANTZ & TOWBIN LLC AS SPECIAL COUNSEL TO CHAPTER 7 TRUSTEE FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES, LIMITED AND <u>SHORTENED NOTICE THEREOF AND RELATED RELIEF</u>**

Shaw Fishman Glantz & Towbin LLC ("Shaw Fishman") applies to this Court pursuant to 11 U.S.C. § 331, and Federal Rules of Bankruptcy Procedure 2002, 9006 and 9007 for: (a) the total allowance and approval of this final fee application, on an final basis, of $250,000.00 in compensation earned from February 1, 2017 through April 11, 2017 (the "Application Period") in connection with the Trustee's collection of $1,000,000.00 in total settlement proceeds in the prosecution of avoidance actions; and (b) allow and approve, on a final basis, the reimbursement of $255.40 for actual costs incurred incident to those services.[2]  These services were provided as special counsel to Thomas E. Springer, successor chapter 7 trustee (the "Trustee") in the above-captioned, jointly-administered cases, for the prosecution of avoidance actions under 11 U.S.C. § 547.  In support of this application (the "Application"), Shaw Fishman states as follows:

---

[1]     The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal taxpayer identification number include: Ryan International Airlines, Inc. 1437; Rubloff 757-MSN24794, LLC, 1494; Rubloff Ryan, L.L.C., 1289; Rubloff/Ryan 80 LLC, 4274; Ryan 763BK, L.L.C., 4107; Ryan 767, LLC, 6777; Sundowner 102, LLC, 6462; Sundowner Alexandria LLC, 1058; Sundowner Mesa, LLC f/k/a Prisoner Transportation services, LLC, 7195; Sundowner Oklahoma city LLC, 0958; and Rubloff Aerospace, L.L.C., 4536 (collectively, the "Cases," the "Debtors" and their "Estates").

[2]     Due to the ordinary delay in vendor billing for out of pocket expenses, it is possible that not all expenses incurred ancillary to services provided during the Application Period are included in this Application.

{10779-001 APP A0467814.DOC}                5

## JURISDICTION, VENUE AND BACKGROUND

1.  This Court has jurisdiction over the Motion under 28 U.S.C. §§ 157 and 1334, and Internal Operating Procedure 15 (a) of the United States District Court for the Northern District of Illinois.

2.  Venue of this proceeding and the Motion is proper in this District pursuant to 28 U.S.C. § 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

3.  On March 6, 2012 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois.

4.  Thereafter, the Court approved the joint administration of the chapter 11 cases (Docket No. 33) and on March 19, 2012, the United States Trustee (the "U.S. Trustee") appointed the Committee of Unsecured Creditors (the "Committee") as an official committee to represent the interests of unsecured creditors of the Debtors pursuant to section 1102 of the Bankruptcy Code.

5.  On February 28, 2013 this Court entered an order converting these Cases to cases under Chapter 7 of the Bankruptcy Code (Docket No. 724) (the "Conversion Order") and Bernard J. Natale was appointed by the U.S. Trustee to administer the Debtors' estates (the "Estates"). On April 30, 2013, Mr. Natale resigned as Chapter 7 trustee to the Estates (Docket No. 791) and, on May 3, 2013, Thomas E. Springer was appointed as Chapter 7 Successor Trustee to administer the Estates. (Docket No. 793.)

6.  On January 27, 2014, this Court approved the Trustee's Application to Employ Shaw Fishman and the related compensation arrangement ("Retention Order"). (Docket No. 963.) The Trustee retained Shaw Fishman as his special counsel to investigate and, if necessary,

prosecute causes of action for recoverable transfers under 11 U.S.C. § 547 (generally, the "Avoidance Actions") to pre-petition creditors of the Debtors (generally, "Transferees").

7.     The Retention Order provides that Shaw Fishman shall be paid fees on a contingency basis of: (a) twenty percent (20%) of all amounts recovered by the Estates of Avoidance Action claims that are resolved before the filing of an adversary complaint; or (b) twenty-five percent (25%) of all amounts recovered by the Estates if Avoidance Action claims are resolved after the filing of an adversary complaint.  (*See* Retention Order at ¶ 4.)

8.     The Retention Order also provides that Shaw Fishman shall be reimbursed for actual expenses incurred in the investigation and prosecution of the Avoidance Actions.

9.     On April 28, 2014, this Court entered the Order approving the Trustee's Motion for Authority to Compromise Avoidance Actions and Related Relief ("Settlement Procedures Order"). (Docket No. 1048.)  The Settlement Procedures Order provides that, for Preference Claims (as defined in the Settlement Procedures Order) less than $50,000, the Trustee is to file a quarterly report disclosing settlements and recoveries of each Preference Claim ("Quarterly Reports").  The Settlement Procedures Order also requires the Trustee file notices of settlement ("Notices of Settlement") and provide parties in interest an opportunity to object to settlement of any Preference Claims greater than $50,000, but less than $500,000 (after any undisputed new value defense is accounted for).  Finally, the Settlement Procedures Order requires that, for those Preference Claims in excess of $500,000, the Trustee shall seek Court approval, by separate motion with 21 days' notice, pursuant to Federal Rule of Bankruptcy Procedure 9019 ("9019 Motions").

## SERVICES RENDERED BY SHAW FISHMAN

10. Since being retained, Shaw Fishman has investigated thousands of potentially avoidable transfers made to over 200 different Transferees.

11. In the first application period, (covered by the Shaw Fishman's first fee application), Shaw Fishman assisted the Trustee in collecting approximately $960,466.02 for the Estate by resolving Avoidance Action claims against 40 separate Transferees.

12. In the second application period, (covered by the Shaw Fishman's second fee application), Shaw Fishman assisted the Trustee in collecting approximately $291,797.00 for the Estate by resolving Avoidance Action claims against 44 separate Transferees.

13. In the third application period, (covered by the Shaw Fishman's third fee application), Shaw Fishman assisted the Trustee in collecting approximately $982,056.80 for the Estate by resolving Avoidance Action claims against 20 separate Transferees.

14. In the fourth application period, (covered by the Shaw Fishman's fourth fee application), Shaw Fishman assisted the Trustee in collecting approximately $411,450.20 for the Estate by resolving Avoidance Action claims against 14 separate Transferees.

15. During this Application Period, as a result of Shaw Fishman's efforts, the Trustee has recovered $1,000,000.00 in settlement proceeds resolving and dismissing an Avoidance Action against one Transferee against whom an adversary complaint was filed. Under the formula set forth in the Retention Order, Shaw Fishman is entitled to a fee equal to 25% of the amount recovered, or $250,000.00, in fees for its services in connection with the collection of the proceeds identified in this paragraph.

16. Since the entry of the Retention Order, Shaw Fishman has filed approximately 64 adversary complaints against Transferees, where the filing of such complaints were necessary to continue prosecuting Avoidance Actions against those Transferees. The Trustee, with the

assistance of Shaw Fishman, has resolved and dismissed each and every one of the adversary complaints.

17. In sum, as a result of the Trustee's and Shaw Fishman's efforts, the Trustee has recovered a total of $3,671,926.37 for the Estate since the entry of the Retention Order by resolving Avoidance Action claims.

18. Also since the entry of the Retention Order, as a result of Shaw Fishman's efforts, the Court has entered orders for final default judgment against ten separate Transferees, for a total of $314,453.97 in amounts recoverable for the Estate.

19. Because of the contingency fee arrangement agreed to by the Trustee and Shaw Fishman, as set forth in the Retention Order and approved by this Court, compliance with the detailed reporting requirements of Local Rule 5082-1 for compensation for professional services is unnecessary. Each settlement and each recovery for resolved Avoidance Actions have been disclosed by the Trustee through the Quarterly Reports, Settlement Notices and 9019 Motions. To be clear, only Avoidance Action settlements where the Trustee has funds in hand were used to determine the fee request for this Application. A summary schedule of the Transferees and recovery amounts is attached hereto as Exhibit A.

## EXPENSES

20. The aggregate amount of expenses for which reimbursement is being sought is $255.40. All of the expenses for which reimbursement is requested are actual expenses which Shaw Fishman incurred in the course of providing services to the Trustee. An itemization of the expenses is attached hereto as part of Exhibit B. The types of costs for which reimbursement is sought are listed below:

| Internal Photocopy | 10¢ per page |
|---|---|
| Commercial/Court Photocopy | actual cost |
| Commercial Messenger and Process Server | actual cost |

| | |
|---|---|
| Conference Calls | actual cost |
| Local Telephone | no charge |
| Outgoing Facsimiles | no charge |
| Incoming Facsimiles | no charge |
| On Line Legal or Factual Research (Pacer) | actual or prorated percentage cost |
| Postage | actual cost |
| Overnight Delivery (*e.g.*, Federal Express) | actual cost |
| Filing/Recording Fees | actual cost |
| Secretary of State Corporate Searches | actual cost |
| Local and Long Distance Travel, Parking and Taxi | actual cost |
| e-Discovery | actual cost |

21.     The specific expenses for which reimbursement is requested from the entry of the Retention Order through the filing of this Application are set forth in Exhibit B. All expenses incurred by Shaw Fishman incidental to its services were customary and necessary expenses. All expenses were billed in the same manner as Shaw Fishman bills its non-bankruptcy clients. Further, the expenses for which reimbursement is sought constitute the types and amounts previously allowed by bankruptcy judges in this and other judicial districts.

## NOTICE

22.     Shaw Fishman has provided notice of the hearing on this motion to the Trustee, the Office of the United States Trustee, and all other parties requesting notice in this case no less than nineteen (19) days prior to its presentment. In light of the nature of the compensation arrangement and relief requested and the expense of serving this Application on all creditors, Shaw Fishman requests that this Court find the shortened notice provided for herein sufficient under the circumstances and waive and dispense with any further notice requirements pursuant to Fed. R. Bankr. P. 2002 and 9006 and 9007.

**COMPLIANCE WITH 11 U.S.C. § 504**

23.   Other than as provided for and allowed by 11 U.S.C. § 504, there is no agreement between Shaw Fishman and any other firm, person or entity for the sharing of division of any compensation payable to Shaw Fishman.

WHEREFORE, Shaw Fishman Glantz and Towbin, LLC requests the entry of an order, substantially in the form attached hereto, that:

a)   Allows Shaw Fishman $250,000.00 in compensation, on a final basis, for services provided during the Application Period;

b)   Allows Shaw Fishman $255.40 in expense reimbursement, on a final basis, for actual expenses incurred during the Application Period;

c)   Authorizes the Trustee to pay Shaw Fishman the allowed compensation and expense reimbursements in the amount of $250,255.40; and

d)   Provides Shaw Fishman with such additional relief as may be appropriate and just under the circumstances.

Respectfully submitted,
SHAW FISHMAN GLANTZ
& TOWBIN, LLC

Dated: April 26, 2017           By:   */s/ John Guzzardo*

Ira Bodenstein
John Guzzardo
Christina Sanfelippo
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60654
Tel: (312) 541-0151
Fax: (312) 980-3888
*Counsel for the Trustee*