# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>**RYAN INTERNATIONAL AIRLINES, INC.,** *et al.*,[1]<br><br>**Debtors.** | **Chapter 7**<br>**Case No. 12-80802**<br>**Jointly Administered**<br><br>**Honorable Thomas M. Lynch** |

## CHAPTER 7 TRUSTEE'S FINAL REPORT OF
## SETTLEMENTS OF TRANSFERS LESS THAN $50,000

Thomas E. Springer, successor chapter 7 trustee (the "Chapter 7 Trustee") in the above-captioned, jointly-administered cases, hereby submits the *Final Report of Settlements of Transfers Less than $50,000* (the "Report") and respectfully states as follows:

1. On April 3, 2014, the Chapter 7 Trustee filed the *Chapter 7 Trustee's Motion for Authority to Compromise Avoidance Actions and Related Relief* [Docket No. 1035] (the "Motion," and all undefined terms herein having the definitions set forth in the Motion). The Motion sought authority to enter into settlements, on an individual basis, of certain causes of action under §§ 547 and 550 of the Bankruptcy Code (the "Preference Claims").

2. On April 28, 2014, the Court entered an order granting the Motion, in part [Docket No. 1048] (the "Settlement Order"). The Settlement Order requires the Chapter Trustee to file quarterly reports of all settlements entered into relating to Preference Claims where the alleged preferential transfers aggregated to less than $50,000, after deducting any undisputed new value (the "Aggregate Transfers"). (Settlement Order at ¶ 3).

---

[1] The Debtors in these chapter 7 cases (collectively, the "Cases"), along with the last four digits of each Debtor's federal taxpayer identification number include: Ryan International Airlines, Inc. 1437; Rubloff 757-MSN24794, LLC, 1494; Rubloff Ryan, L.L.C., 1289; Rubloff/Ryan 80 LLC, 4274; Ryan 763BD, L.L.C., 4107; Ryan 767, LLC, 6777, Sundowner 102, LLC, 6462; Sundowner Alexandria LLC, 1058; Sundowner Mesa, LLC f/k/a Prisoner Transportation Services, LLC, 7195; Sundowner Oklahoma City LLC, 0958; and Rubloff Aerospace, L.L.C., 4536.

{10779-001 MSC A0501582.DOCX}

3.  During the Reporting Period, the Chapter 7 Trustee has entered into the following settlements of Preference Claims where the Aggregate Transfers are less than $50,000:

| Transferee Name | Aggregate Transfers (adjusted for undisputed new value for all cases in excess of $50,000) | Settlement Amount |
|---|---|---|
| Allied Aviation | $25,966.44 | $9,000.00 |
| Aviation Enterprises | $10,000.00 | $9,000.00 |
| The Boeing Company | $44,913.93 | $8,000.00 |
| Yokota AB Lodging Fund | $13,891.50 | $1,000.00 |
| Yokota AB Welfare Fund | $37,141.45 | $1,229.00 |
| Sunaero Aviation | $25,000.00 | $4,000.00 |
| Transportation Security Administration | $20,924.57 | $2,971.20 |

Dated: March 16 , 2018

Respectfully submitted,

By: /s/ *Ira Bodenstein*
Ira Bodenstein
Shaw Fishman Glantz & Towbin LLC
321 N. Clark St. # 800
Chicago, IL  60654
ibodenstein@shawfishman.com
*Counsel to the Chapter 7 Trustee*

{10779-001 MSC A0501582.DOCX}

# CERTIFICATE OF SERVICE

Ira Bodenstein certifies that he caused to be served a true copy of the above **CHAPTER 7 TRUSTEE'S FINAL REPORT OF SETTLEMENTS OF TRANSFERS LESS THAN $50,000** upon the attached Service List in the manner indicated on this 16th day of March, 2018.

*/s/ Ira Bodenstein*

**Mailing Information for Case 12-80802**
**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Raul Abad    rabad@gustlaw.com, mbecker@gustlaw.com;jcorrales@gustlaw.com
- Matthew D Anderson    matthew.anderson@klgates.com
- Debra Devassy Babu    ddevassy@askounisdarcy.com
- J. Douglas Bacon    douglas.bacon@lw.com, chefiling@lw.com
- Russell Baker    rbaker@bslbv.com, sjohnson@bslbv.com
- Stephen G Balsley    sbalsley@bslbv.com
- Elizabeth A. Bates    ebates@springerbrown.com, jkrafcisin@springerbrown.com;iprice@springerbrown.com
- Richard A Bixter    richard.bixter@hklaw.com
- Stephen T. Bobo    sbobo@reedsmith.com
- Timothy W Brink    tbrink@mpslaw.com, dnichols@mpslaw.com
- David Brown    dbrown@springerbrown.com, jkrafcisin@springerbrown.com
- Patrick W Carothers    pcarothers@leechtishman.com, hauswirth@leechtishman.com; bankruptcy@leechtishman.com; dtomko@leechtishman.com
- Jamie S. Cassel    jsc@renozahm.com
- Paul Catanese    pcatanese@mcguirewoods.com, docket@mcguirewoods.com
- Aaron B Chapin    achapin@reedsmith.com
- Matthew A Clemente    mclemente@sidley.com, efilingnotice@sidley.com; mgustafson@sidley.com;ffavia@sidley.com; mgburke@sidley.com;blohan@sidley.com
- Matthew A Clemente    mclemente@sidley.com, efilingnotice@sidley.com; mgustafson@sidley.com; ffavia@sidley.com; mgburke@sidley.com; blohan@sidley.com
- Kenneth R Eathington    keathington@qjhpc.com
- Meredith S Fox    tspringer@springerbrown.com
- Jamie S Franklin    jsf@thefranklinlawfirm.com
- Steven A Ginther    ndilecf@dor.mo.gov
- John W Guzzardo    jguzzardo@shawfishman.com, jhampton@shawfishman.com
- William S Hackney    whackney@salawus.com, jadams@salawus.com
- George P Hampilos    georgehamp@aol.com, kris@hampilos-langley.com
- Andrea Handel    andrea.handel@usdoj.gov
- Mark F Hebbeln    mhebbeln@foley.com
- Matthew M. Hevrin    mhevrin@hinshawlaw.com, jfornal@hinshawlaw.com
- Scott E Hillison    hillison@pacatrust.com
- Stephanie K. Hor-Chen    schen@vedderprice.com, ecfdocket@vedderprice.com

- John Ireland    atty4employees@aol.com
- Vivek Jayaram    vivek@jayaramlaw.com
- Gregory J Jordan    gjordan@jz-llc.com
- Joseph Keady    vincent.keady@stinsonleonard.com
- Bradley T Koch    bkoch@holmstromlaw.com
- Jocelyn L Koch    jkoch@holmstromlaw.com, lhedlund@holmstromlaw.com; knorris@holmstromlaw.com
- Rein F. Krammer    rkrammer@masudafunai.com, docketing@masudafunai.com
- Robert J. Labate    robert.labate@hklaw.com
- Richard G Larsen    rlarsen@springerbrown.com, vmaurer@kleinstoddard.com; jkrafcisin@springerbrown.com;iprice@springerbrown.com
- Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
- Thomas J Lester    tlester@hinshawlaw.com, ryoung@hinshawlaw.com
- Douglas J. Lipke    dlipke@vedderprice.com, ecfdocket@vedderprice.com
- Jordan M Litwin    jlitwin@mpslaw.com, dnichols@mpslaw.com; mpslawllc@gmail.com
- Matthew G Martinez    matthew.martinez@sidley.com, efilingnotice@sidley.com
- Michelle A Mendez    mmendez@crb-law.com, kim@crb-law.com
- Darren M Mungerson    dmungerson@littler.com
- Bernard J Natale    natalelaw@bjnatalelaw.com
- Sven T Nylen    sven.nylen@klgates.com
- Joseph D Olsen    jolsenlaw@aol.com
- Lars A Peterson    lapeterson@foley.com, khall@foley.com
- Alex Pirogovsky    alex@alexplaw.com
- Steven R Rappin    dolswang@hrolaw.com, rarredondo@hrolaw.com
- Tiffany Rodriguez    trodriguez@bslbv.com
- Carole J. Ryczek    carole.ryczek@usdoj.gov
- Thomas P. Sandquist    tsandquist@wilmac.com
- L Steven Schifano    l.steven.schifano@usdoj.gov, northern.taxcivil@usdoj.gov
- Jeremy Schreiber    jschreib@chapman.com
- Michael G Schultz    mgs@renozahm.com
- Robert Seltzer    rseltzer@cornfieldandfeldman.com
- Robert Simons    rsimons@reedsmith.com, slucas@reedsmith.com; jroach@reedsmith.com
- Craig C Smith    csmith@smithweiklaw.com
- Troy M Sphar    tsphar@smbtrials.com
- Michele M Springer    mspringer@springerbrown.com, marigonzo@springerbrown.com
- Thomas E Springer    tspringer@springerbrown.com, jkrafcisin@springerbrown.com
- Charles S. Stahl, Jr.    cstahl@smbtrials.com
- James E Stevens    jimstevens@bslbv.com
- Jack D. Ward    jdw@renozahm.com
- Craig A Willette    craigwillette@comcast.net
- Mark R Zito    mzito@tessitorelaw.com