# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 12-80802 |
| RYAN INTERNATIONAL AIRLINES, | ) | Jointly Administered |
| INC., *et al.*, | ) | |
| Debtors. | ) | Honorable Thomas M. Lynch |
| | ) | |
| | ) | Hearing Date:  June 4, 2018 |
| | ) | Hearing Time:  9:00 a.m. |

## NOTICE OF APPLICATION

**TO:**   See Attached Service List

**PLEASE TAKE NOTICE** that on **June 4, 2018** at **9:00 a.m.**, the undersigned shall appear before the Honorable Thomas M. Lynch, or whomever may be sitting in his place and stead, at the United States Bankruptcy Court for the Northern District of Illinois, Western Division, 327 S. Church Street, Rockford, IL  61101 and will then and there present the **Second and Final Fee Application of Shaw Fishman Glantz & Towbin LLC as Special Counsel to Chapter 7 Trustee for Allowance of Compensation and Reimbursement of Expenses, Limited and Shortened Notice Thereof and Related Relief,** at which time you may appear if you deem fit.

| | |
|---|---|
| Dated: May 14, 2018 | Respectfully submitted, |
| | |
| | By: /s/ *Ira Bodenstein* |
| | Ira Bodenstein |
| | Christina M. Sanfelippo |
| | Shaw Fishman Glantz & Towbin LLC |
| | *Counsel to the Chapter 7 Trustee* |

{10779-001 APP A0504552.DOC}

**CERTIFICATE OF SERVICE**

Ira Bodenstein certifies that he caused to be served a true copy of the above and foregoing **Notice of Application** and **Second and Final Fee Application of Shaw Fishman Glantz & Towbin LLC as Special Counsel to Chapter 7 Trustee for Allowance of Compensation and Reimbursement of Expenses, Limited and Shortened Notice Thereof and Related Relief,** upon the attached Service List in the manner indicated on this 14th day of May, 2018.

*/s/ Ira Bodenstein*

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Raul Abad    rabad@gustlaw.com, mbecker@gustlaw.com;jcorrales@gustlaw.com
- Raul Abad    rabad@gustlaw.com, mbecker@gustlaw.com;jcorrales@gustlaw.com
- Matthew D Anderson    matthew.anderson@klgates.com
- Debra Devassy Babu    ddevassy@askounisdarcy.com
- J. Douglas Bacon    douglas.bacon@lw.com, chefiling@lw.com
- Russell Baker    rbaker@bslbv.com, gschumacher@bslbv.com
- Russell Baker    rbaker@bslbv.com, gschumacher@bslbv.com
- Stephen G Balsley    sbalsley@bslbv.com, sjohnson@bslbv.com
- Elizabeth A. Bates    ebates@springerbrown.com, iprice@springerbrown.com
- Ryan B. Bennett    rbennett@kirkland.com, csroka@kirkland.com;carl.pickerill@kirkland.com
- Richard A Bixter    richard.bixter@hklaw.com
- Richard A Bixter    richard.bixter@hklaw.com
- Stephen T. Bobo    sbobo@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com
- Ira Bodenstein    ibodenstein@shawfishman.com, plove@shawfishman.com
- Vincent J Booth    vbooth@boothandbooth.com, ketty@boothandbooth.com
- Timothy W Brink    tbrink@mpslaw.com, crampich@mpslaw.com
- David R Brown    dbrown@springerbrown.com, iprice@springerbrown.com
- Erich S Buck    ebuck@ag-ltd.com, agroboski@ag-ltd.com
- Patrick W Carothers    pcarothers@leechtishman.com, ghauswirth@leechtishman.com;bankruptcy@leechtishman.com;dtomko@leechtishman.com
- Jamie S. Cassel    jsc@renozahm.com
- Paul Catanese    pcatanese@mcguirewoods.com, docket@mcguirewoods.com
- Aaron B Chapin    aaron.chapin@huschblackwell.com, litigation.docket@huschblackwell.com;HBCourtFilings-CHI@huschblackwell.com
- Steven J Christenholz    sc11548@comcast.net
- Matthew A Clemente    mclemente@sidley.com, efilingnotice@sidley.com;mgustafson@sidley.com;ffavia@sidley.com;mgburke@sidley.com

- Matthew A Clemente    mclemente@sidley.com, efilingnotice@sidley.com;mgustafson@sidley.com;ffavia@sidley.com;mgburke@sidley.com
- Kenneth R Eathington    keathington@qjhpc.com
- John Eggum    jeggum@fgppr.com, mmcnulty@fgppr.com
- Meredith S Fox    tspringer@springerbrown.com
- Joseph D Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;jkleinman@fgllp.com;mmatlock@fgllp.com
- Jamie S Franklin    jsf@thefranklinlawfirm.com
- Steven A Ginther    ndilecf@dor.mo.gov
- John W Guzzardo    jguzzardo@hmblaw.com, ecfnotices@hmblaw.com
- William S Hackney    whackney@salawus.com, jadams@salawus.com,mcockream@salawus.com,dkreide@salawus.com
- George P Hampilos    georgehamp@aol.com, kris@hampiloslaw.com
- Andrea Handel    andrea.handel@usdoj.gov
- Andrea Handel    andrea.handel@usdoj.gov
- Mark F Hebbeln    mhebbeln@foley.com
- Reed A Heiligman    reed@heiligman.com
- Matthew M. Hevrin    mhevrin@hinshawlaw.com, jfornal@hinshawlaw.com
- Scott E Hillison    hillison@pacatrust.com
- Stephanie K. Hor-Chen    schen@vedderprice.com, ecfdocket@vedderprice.com;7610@ecf.pacerpro.com;stephanie-hor-7103@ecf.pacerpro.com
- John Ireland    atty4employees@aol.com
- James R Irving    jirving@bgdlegal.com, smays@bgdlegal.com
- Gregory J Jordan    gjordan@jz-llc.com
- Joseph Keady    vincent.keady@stinsonleonard.com, susan.hogan@stinson.com
- Bradley T Koch    bkoch@hkrockford.com
- Jocelyn L Koch    jkoch@hkrockford.com, lhedlund@hkrockford.com
- Oksana Koltko    oksana.koltko@dlapiper.com, docketingchicago@dlapiper.com;chicago-bankruptcy-0273@ecf.pacerpro.com
- Rein F. Krammer    rkrammer@masudafunai.com, docketing@masudafunai.com
- Robert J. Labate    robert.labate@hklaw.com
- Richard G Larsen    rlarsen@springerbrown.com, skadlcek@springerbrown.com;iprice@springerbrown.com
- Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
- Mark E Leipold    mleipold@gouldratner.com, gferguson@gouldratner.com;lgray@gouldratner.com;mhannon@gouldratner.com;gould-ecfs_notice@juralaw.net
- Thomas J Lester    tlester@hinshawlaw.com, ryoung@hinshawlaw.com
- Douglas J. Lipke    dlipke@vedderprice.com, ecfdocket@vedderprice.com;7610@ecf.pacerpro.com;doug-lipke-7162@ecf.pacerpro.com
- Jordan M Litwin    jordan@litwinlawfirm.com
- Matthew G Martinez    matthew.martinez@sidley.com, efilingnotice@sidley.com
- Michelle A Mendez    mmendez@crb-law.com, kim@crb-law.com
- Darren M Mungerson    dmungerson@littler.com
- Bernard J Natale    natalelaw@bjnatalelaw.com

- Jonathan D Nusgart     jnusgart@smithweiklaw.com, nusgart@lawyer.com
- Joseph D Olsen    jolsenlaw@comcast.net, jolsenlaw@aol.com
- Lars A Peterson    lapeterson@foley.com
- Alex Pirogovsky     alex@alexplaw.com, pirogovskyar67847@notify.bestcase.com
- Steven R Rappin    dolswang@hrolaw.com, rarredondo@hrolaw.com
- Marc S Reiser    mreiser@shawfishman.com, mlites@shawfishman.com
- Kristin N Rhame    krhame@csj-law.com, kfontenot@csj-law.com
- Tiffany Rodriguez    trodriguez@bslbv.com
- Arthur E. Rosenson    arosenson@crzlegal.com, arosenson@crglegal.com
- Nathan Q. Rugg    Nathan.Rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas P. Sandquist    tsandquist@wilmac.com
- Christina Sanfelippo    csanfelippo@shawfishman.com, lleekaczmarek@shawfishman.com
- L Steven Schifano    l.steven.schifano@usdoj.gov, northern.taxcivil@usdoj.gov
- Debra Schneider    debra.schneider@usdoj.gov
- John L Schoenecker    johnschoenecker@hotmail.com, Northern.Taxcivil@usdoj.gov
- Jeremy Schreiber    jschreib@chapman.com
- Michael G Schultz    mgs@renozahm.com
- Robert Seltzer    rseltzer@cornfieldandfeldman.com
- Robert Simons    rsimons@reedsmith.com, slucas@reedsmith.com;jroach@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
- Robert Simons    rsimons@reedsmith.com, slucas@reedsmith.com;jroach@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
- Craig C Smith    csmith@smithweiklaw.com, lawclerk@smithweiklaw.com
- Troy M Sphar    tsphar@smbtrials.com
- Michele M Springer    mspringer@springerbrown.com
- Thomas E Springer    tspringer@springerbrown.com, iprice@springerbrown.com
- Thomas E Springer    tspringer@springerbrown.com, tspringer@ecf.epiqsystems.com;IL85@ecfcbis.com;iprice@springerbrown.com
- Charles S. Stahl, Jr.    cstahl@smbtrials.com
- Mary A Stallings    mary.a.stallings@usdoj.gov
- Jordan A Stein    jstein@lathropgage.com, krodriguez@lathropgage.com
- James E Stevens    jimstevens@bslbv.com, dharris@bslbv.com
- Richard A Walker    rwalker@kmalawfirm.com
- Jack D. Ward    jdw@renozahm.com
- Michael D Warner    mwarner@coleschotz.com, klabrada@coleschotz.com
- Craig A Willette    craigwillette@comcast.net, ColleenLemek@comcast.net
- Mark R Zito    mzito@jz-llc.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 12-80802 |
| RYAN INTERNATIONAL AIRLINES, INC., *et al.*, | ) | Jointly Administered |
| Debtors. | ) | Honorable Thomas M. Lynch |
| | ) | |
| | ) | Hearing Date:  June 4, 2018 |
| | ) | Hearing Time:  9:00 a.m. |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**

| Name of Applicant: | Shaw Fishman Glantz & Towbin LLC |
|---|---|
| Authorized to Provide Professional Services to: | Thomas E. Springer, successor chapter 7 trustee (the "Trustee") in the above-captioned, jointly-administered cases |
| Date of Order Authorizing Employment: | January 27, 2014 |
| Period for Which Compensation is Sought: | May 5, 2015 through March 15, 2018 |
| Amount of Fees Sought: | $2,250 |
| Amount of Expense Reimbursement Sought: | $4.50 |

| This is a(n): | ☐ Fourth Application | ☒ Final Application |
|---|---|---|

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| 1/12/2015 | 1/1/2014 - 1/7/2015 | $206,595.26 | $206,595.26 | 0 |
| 8/20/2015 | 1/8/2015 – 8/18/2015 | $64,817.58 | $64,817.58 | 0 |
| 3/23/2016 | 8/9/2015 – 3/10/2016 | $231,787.86 | $231,787.86 | 0 |
| 2/7/2017 | 3/11/2016 – 1/31/2017 | $105,881.43 | $105,881.43 | 0 |
| 4/26/2017 | 2/1/17 – 4/11/17 | $250,255.40 | $250,255.40 | 0 |

| Applicant: | Shaw Fishman Glantz & Towbin LLC |
|---|---|
| Date:  May 14, 2018 | By:   /s/ *Ira Bodenstein* |
| | One of its Attorneys |

{10779-001 APP A0504552.DOC}                        5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 12-80802 |
| RYAN INTERNATIONAL AIRLINES, | ) | Jointly Administered |
| INC., *et al.*,[1] | ) | |
| Debtors. | ) | Honorable Thomas M. Lynch |
| | ) | |
| | ) | Hearing Date: June 4, 2018 |
| | ) | Hearing Time: 9:00 a.m. |

**SECOND AND FINAL FEE APPLICATION OF SHAW FISHMAN GLANTZ &
TOWBIN LLC AS SPECIAL COUNSEL TO CHAPTER 7 TRUSTEE FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES,
LIMITED AND SHORTENED NOTICE THEREOF AND RELATED RELIEF**

Shaw Fishman Glantz & Towbin LLC ("Shaw Fishman") applies to this Court pursuant to 11 U.S.C. § 331, and Federal Rules of Bankruptcy Procedure 2002, 9006 and 9007 for: (a) the total allowance and approval of this second and final fee application, on a final basis, of $2,250.00 in compensation earned from May 5, 2015 through March 15, 2018 (the "Application Period") in connection with the Trustee's collection of $10,000 in settlement proceeds in the prosecution of an avoidance action against Aviation Enterprises, Inc.; and (b) allow and approve, on a final basis, the reimbursement of $4.50 for actual costs incurred incident to those services.[2] These services were provided as special counsel to Thomas E. Springer, successor chapter 7 trustee (the "Trustee") in the above-captioned, jointly-administered cases, for the prosecution of

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal taxpayer identification number include: Ryan International Airlines, Inc. 1437; Rubloff 757-MSN24794, LLC, 1494; Rubloff Ryan, L.L.C., 1289; Rubloff/Ryan 80 LLC, 4274; Ryan 763BK, L.L.C., 4107; Ryan 767, LLC, 6777; Sundowner 102, LLC, 6462; Sundowner Alexandria LLC, 1058; Sundowner Mesa, LLC f/k/a Prisoner Transportation services, LLC, 7195; Sundowner Oklahoma city LLC, 0958; and Rubloff Aerospace, L.L.C., 4536 (collectively, the "Cases," the "Debtors" and their "Estates").

[2] This settlement, entered into in May of 2015, was reported to the Court in the *Chapter 7 Trustee's Final Report of Settlements of Transfers Less Than $50,000* [dkt. 1598], filed March 16, 2018.

{10779-001 APP A0504552.DOC}       6

an avoidance action against Aviation Enterprises, Inc. under 11 U.S.C. § 547 (case no. 14-96136). In support of this application (the "Application"), Shaw Fishman states as follows:

## JURISDICTION, VENUE AND BACKGROUND

1. This Court has jurisdiction over the Motion under 28 U.S.C. §§ 157 and 1334, and Internal Operating Procedure 15 (a) of the United States District Court for the Northern District of Illinois.

2. Venue of this proceeding and the Motion is proper in this District pursuant to 28 U.S.C. § 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

3. On March 6, 2012 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois.

4. Thereafter, the Court approved the joint administration of the chapter 11 cases (Docket No. 33) and on March 19, 2012, the United States Trustee (the "U.S. Trustee") appointed the Committee of Unsecured Creditors (the "Committee") as an official committee to represent the interests of unsecured creditors of the Debtors pursuant to section 1102 of the Bankruptcy Code.

5. On February 28, 2013 this Court entered an order converting these Cases to cases under Chapter 7 of the Bankruptcy Code (Docket No. 724) (the "Conversion Order") and Bernard J. Natale was appointed by the U.S. Trustee to administer the Debtors' estates (the "Estates"). On April 30, 2013, Mr. Natale resigned as Chapter 7 trustee to the Estates (Docket No. 791) and, on May 3, 2013, Thomas E. Springer was appointed as Chapter 7 Successor Trustee to administer the Estates. (Docket No. 793.)

6. On January 27, 2014, this Court approved the Trustee's Application to Employ Shaw Fishman and the related compensation arrangement ("Retention Order"). (Docket No. 963.) The Trustee retained Shaw Fishman as his special counsel to investigate and, if necessary, prosecute causes of action for recoverable transfers under 11 U.S.C. § 547 (generally, the "Avoidance Actions") to pre-petition creditors of the Debtors (generally, "Transferees").

7. The Retention Order provides that Shaw Fishman shall be paid fees on a contingency basis of: (a) twenty percent (20%) of all amounts recovered by the Estates of Avoidance Action claims that are resolved before the filing of an adversary complaint; or (b) twenty-five percent (25%) of all amounts recovered by the Estates if Avoidance Action claims are resolved after the filing of an adversary complaint. (*See* Retention Order at ¶ 4.)

8. The Retention Order also provides that Shaw Fishman shall be reimbursed for actual expenses incurred in the investigation and prosecution of the Avoidance Actions.

9. On April 28, 2014, this Court entered the Order approving the Trustee's Motion for Authority to Compromise Avoidance Actions and Related Relief ("Settlement Procedures Order"). (Docket No. 1048.) The Settlement Procedures Order provides that, for Preference Claims (as defined in the Settlement Procedures Order) less than $50,000, the Trustee is to file a quarterly report disclosing settlements and recoveries of each Preference Claim ("Quarterly Reports"). The Settlement Procedures Order also requires the Trustee file notices of settlement ("Notices of Settlement") and provide parties in interest an opportunity to object to settlement of any Preference Claims greater than $50,000, but less than $500,000 (after any undisputed new value defense is accounted for). Finally, the Settlement Procedures Order requires that, for those Preference Claims in excess of $500,000, the Trustee shall seek Court approval, by separate motion with 21 days' notice, pursuant to Federal Rule of Bankruptcy Procedure 9019 ("9019 Motions").

**SERVICES RENDERED BY SHAW FISHMAN**

10. Since being retained, Shaw Fishman has investigated thousands of potentially avoidable transfers made to over 200 different Transferees.

11. Since the entry of the Retention Order, Shaw Fishman has filed approximately 64 adversary complaints against Transferees, where the filing of such complaints were necessary to continue prosecuting Avoidance Actions against those Transferees. The Trustee, with the assistance of Shaw Fishman, has resolved and dismissed each and every one of the adversary complaints.

12. In the first application period, (covered by the Shaw Fishman's first fee application), Shaw Fishman assisted the Trustee in collecting approximately $960,466.02 for the Estate by resolving Avoidance Action claims against 40 separate Transferees.

13. In the second application period, (covered by the Shaw Fishman's second fee application), Shaw Fishman assisted the Trustee in collecting approximately $291,797.00 for the Estate by resolving Avoidance Action claims against 44 separate Transferees.

14. In the third application period, (covered by the Shaw Fishman's third fee application), Shaw Fishman assisted the Trustee in collecting approximately $982,056.80 for the Estate by resolving Avoidance Action claims against 20 separate Transferees.

15. In the fourth application period, (covered by the Shaw Fishman's fourth fee application), Shaw Fishman assisted the Trustee in collecting approximately $411,450.20 for the Estate by resolving Avoidance Action claims against 14 separate Transferees.

16. In the fifth and final application period, (covered by Shaw Fishman's final fee application), the Trustee recovered $1,000,000.00 in settlement proceeds resolving and dismissing an Avoidance Action against one Transferee against whom an adversary complaint was filed.

17. With this Second and Final Application, Shaw Fishman seeks compensation for its efforts negotiating and securing the Trustee's May 2015 settlement of its avoidance action against Aviation Enterprises, Inc. (the "Aviation Enterprises Settlement"). Pursuant to the terms of the Aviation Enterprises Settlement, the Trustee obtained $10,000 in funds for the estate.

18. The Aviation Enterprises Settlement resolved an avoidance action for which the Trustee had opened an adversary on November 5, 2014 (case no. 14-96136).

19. Under the formula set forth in the Retention Order, Shaw Fishman is entitled to a fee equal to 25% of the amount recovered, or $2,500.00, in fees for its services in connection with the Aviation Enterprises Settlement resolving the Trustee's adversary action against Aviation Enterprises, Inc.

20. Due to administrative oversight, identified in the course of a Trustee's office audit, Shaw Fishman had not previously sought its fees and costs in connection with the Aviation Enterprises Settlement prior to the filing of this, its Second and Final Fee Application.

21. In sum, as a result of the Trustee's and Shaw Fishman's efforts, the Trustee recovered a total of $10,000 for the Estate by virtue of the Aviation Enterprises Settlement, for which Shaw Fishman has not previously sought fees and costs.

22. Because of the contingency fee arrangement agreed to by the Trustee and Shaw Fishman, as set forth in the Retention Order and approved by this Court, compliance with the detailed reporting requirements of Local Rule 5082-1 for compensation for professional services is unnecessary. The Aviation Enterprises Settlement was disclosed by the Trustee through the *Chapter 7 Trustee's Final Report of Settlements of Transfers Less Than $50,000* (dkt. 1598). A summary schedule of the Transferee and recovery amount for the Aviation Enterprises Settlement is attached hereto as Exhibit A.

**EXPENSES**

23.     The aggregate amount of expenses for which reimbursement is being sought is $4.50.  All of the expenses for which reimbursement is requested are actual expenses which Shaw Fishman incurred in the course of providing services to the Trustee.  An itemization of the expenses is attached hereto as part of Exhibit B.  The types of costs for which reimbursement is sought are listed below:

| | |
|---|---|
| Internal Photocopy | 10¢ per page |
| Commercial/Court Photocopy | actual cost |
| Commercial Messenger and Process Server | actual cost |
| Conference Calls | actual cost |
| Local Telephone | no charge |
| Outgoing Facsimiles | no charge |
| Incoming Facsimiles | no charge |
| On Line Legal or Factual Research (Pacer) | actual or prorated percentage cost |
| Postage | actual cost |
| Overnight Delivery (*e.g.*, Federal Express) | actual cost |
| Filing/Recording Fees | actual cost |
| Secretary of State Corporate Searches | actual cost |
| Local and Long Distance Travel, Parking and Taxi | actual cost |
| e-Discovery | actual cost |

24.     The specific expenses for which reimbursement is requested in relation to the Aviation Enterprises Settlement are set forth in Exhibit B. All expenses incurred by Shaw Fishman incidental to its services were customary and necessary expenses.  All expenses were billed in the same manner as Shaw Fishman bills its non-bankruptcy clients.  Further, the expenses for which reimbursement is sought constitute the types and amounts previously allowed by bankruptcy judges in this and other judicial districts.

**NOTICE**

25.     Shaw Fishman has provided notice of the hearing on this motion to the Trustee, the Office of the United States Trustee, and all other parties requesting notice in this case, no less than twenty days prior to its presentment.  In light of the nature of the compensation arrangement

{10779-001 APP A0504552.DOC}                     11

and relief requested and the expense of serving this Application on all creditors, Shaw Fishman requests that this Court find the shortened notice provided for herein sufficient under the circumstances and waive and dispense with any further notice requirements pursuant to Fed. R. Bankr. P. 2002 and 9006 and 9007.

## COMPLIANCE WITH 11 U.S.C. § 504

26.     Other than as provided for and allowed by 11 U.S.C. § 504, there is no agreement between Shaw Fishman and any other firm, person or entity for the sharing of division of any compensation payable to Shaw Fishman.

WHEREFORE, Shaw Fishman Glantz and Towbin, LLC requests the entry of an order, substantially in the form attached hereto, that:

a)    Allows Shaw Fishman $2,250.00 in compensation, on a final basis, for services provided in relation to the Aviation Enterprises Settlement during the Application Period;

b)    Allows Shaw Fishman $4.50 in expense reimbursement, on a final basis, for actual expenses incurred in relation to the Aviation Enterprises Settlement during the Application Period;

c)    Authorizes the Trustee to pay Shaw Fishman the allowed compensation and expense reimbursements in the amount of $2,254.50; and

d)    Provides Shaw Fishman with such additional relief as may be appropriate and just under the circumstances.

Respectfully submitted,
SHAW FISHMAN GLANTZ
& TOWBIN, LLC

Dated: May 14, 2018                                 By:  */s/ Ira Bodenstein*

Ira Bodenstein
Christina Sanfelippo
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60654
Tel: (312) 541-0151
Fax: (312) 980-3888
*Counsel for the Trustee*

{10779-001 APP A0504552.DOC}                      12