**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: RYAN INTERNATIONAL AIRLINES, INC. | § | Case No. 12-80802 |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
THOMAS E. SPRINGER                , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

327 South Church Street
Rockford, IL  61101

This motion will be presented and heard telephonically using Zoom for Government. No
personal appearance in court is necessary or permitted. To appear and be heard telephonically on
the motion, you must do one of the following:

To appear by video, use this link: https://www.zoomgov.com/. Then enter the meeting ID
and passcode.

To appear by telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.
Then enter the meeting ID and passcode.

Meeting ID and passcode. The meeting ID for this hearing is 160 291 5266 and the passcode
is 852255. The meeting ID and password can also be found on Judge Lynch's webpage on the
court's website, https://www.ilnb.uscourts.gov/content/judge-thomas-m-lynch
.
Any person wishing to object to any fee application that has not already been approved or to the
Final Report, must file a written objection within 21 days from the mailing of this notice,  and
No later than two (2) business days before presentment, and serve a copy of the objections upon
the trustee, any party whose application is being challenged and the United States Trustee.

A TELEPHONIC HEARING  on the fee applications and any objection to the Amended Final

**UST Form 101-7-NFR (10/1/2010)**

Report will be held at 11:00 a.m on August 10, 2022.

If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed  07/11/2022          By:  /s/ Thomas E. Springer

                                                Trustee

THOMAS E. SPRINGER
300 S. County Farm Rd., Ste G
Wheaton, IL  60187
(630) 510-0000

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: RYAN INTERNATIONAL AIRLINES, INC.        §      Case No. 12-80802

§

§

Debtor(s)                                                    §

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*                    $      6,086,134.03

*and approved disbursements of*                         $      4,243,937.62

*leaving a balance on hand of*  [1]                      $      1,842,196.41

**Balance on hand:**                  $      1,842,196.41

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 00005S | DEPARTMENT OF REVENUE | 6,447.79 | 6,447.79 | 0.00 | 0.00 |
| 00048S | Intrust Bank, N.A. | 53,202,752.93 | 53,202,752.93 | 1,602,299.98 | 0.00 |
| 00083S | ARINC INCORPORATED(ATTN: LEGAL DEPA | 0.00 | 0.00 | 0.00 | 0.00 |
| 000043 | NJ DIVISION OF TAXATION | 27,696.83 | 0.00 | 0.00 | 0.00 |
| 000053S | YAKIMA COUNTY TREASURER | 204.56 | 204.56 | 0.00 | 0.00 |
| 000056 | HARDIN COUNTY SAVINGS BANK | 312,398.17 | 0.00 | 0.00 | 0.00 |
| 000062 | HARDIN COUNTY SAVINGS BANK | 2,107,425.00 | 0.00 | 0.00 | 0.00 |
| 000071S | MIAMI-DADE COUNTY AVIATION DEP | 4,118.09 | 4,118.09 | 0.00 | 0.00 |
| 000080S | PORT OF SEATTLE | 58,137.83 | 58,137.83 | 0.00 | 0.00 |
| 000082S | FLORIDA DEPT OF | 1,100.00 | 1,100.00 | 0.00 | 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | REVENUE | | | | |
|---|---|---|---|---|---|
| 000084S | ASCENT AVIATION SERVICES CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 000107S | ETABLISSEMENT NATIONAL | 8,216.77 | 8,216.77 | 0.00 | 0.00 |
| 000124S | VIRGIN ATLANTIC AIRWAYS LIMITED | 644,000.00 | 644,000.00 | 0.00 | 0.00 |
| 000154S | MISSISSIPPI DEPARTMENT OF REVENUE | 600.00 | 600.00 | 0.00 | 0.00 |
| 000157S | ARROW ENERGY, INC. | 270,323.03 | 270,323.03 | 0.00 | 0.00 |
| 000260S | CITIMORTGAGE, INC. | 526,088.70 | 526,088.70 | 0.00 | 0.00 |
| 000262S | SIDLEY AUSTIN LLP | 186,381.78 | 0.00 | 0.00 | 0.00 |
| 000266S | EL PASO COUNTY TREASURER | 6,142.52 | 6,142.52 | 0.00 | 0.00 |
| 000288S | State of New Jersey Divsion of Taxation | 27,696.83 | 27,696.83 | 0.00 | 0.00 |

Total to be paid to secured creditors:  $              0.00
Remaining balance:  $     1,842,196.41

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees - THOMAS E. SPRINGER, TRUSTEE | 205,834.02 | 141,332.41 | 64,501.61 |
| Trustee, Expenses - THOMAS E. SPRINGER, TRUSTEE | 4,095.44 | 1,693.24 | 2,402.20 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 78,711.00 | 78,711.00 | 0.00 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 37.00 | 37.00 | 0.00 |
| Accountant for Trustee, Fees - RSM US LLP | 240,088.90 | 125,246.90 | 114,842.00 |
| Accountant for Trustee, Expenses - RSM US LLP | 1,469.08 | 1,350.17 | 118.91 |
| Other Fees: SIDLEY AUSTIN, LLP | 683,332.60 | 683,332.60 | 0.00 |
| Other Expenses: EPIQ Bankruptcy Solutions | 1,132.90 | 1,132.90 | 0.00 |
| Attorney for Trustee Fees - SPRINGER LARSEN GREENE, LLC | 46,512.50 | 0.00 | 46,512.50 |
| Attorney for Trustee Expenses - SPRINGER LARSEN GREENE, LLC | 2,787.18 | 0.00 | 2,787.18 |
| Other Fees: Shaw Fishman Glantz & Towbin LLC | 848,108.78 | 848,108.78 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Other Expenses: INTERNATIONAL SURETIES, LTD. | 4,539.05 | 4,539.05 | 0.00 |
| Other Expenses: SIDLEY AUSTIN, LLP | 40,392.80 | 40,392.80 | 0.00 |
| Other Expenses: Shaw Fishman Glantz & Towbin LLC | 11,233.25 | 11,233.25 | 0.00 |
| Other Expenses: The Ultimate Software Group, Inc. | 1,250.00 | 1,250.00 | 0.00 |

Total to be paid for chapter 7 administration expenses: $     231,164.40

Remaining balance: $     1,611,032.01

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee/DIP Fees - Hinshaw & Culbertson LLP | 383,153.50 | 137,560.00 | 0.00 |
| Attorney for Trustee/D-I-P Expenses - Hinshaw & Culbertson LLP | 27,045.95 | 0.00 | 1,756.90 |
| Other Fees: Garofalo Goerlich Hainbach PC | 12,312.75 | 0.00 | 799.84 |
| Other Expenses: AGT CO., LTD. | 528,797.37 | 0.00 | 34,350.67 |
| Other Expenses: AMERICAN HOME ASSURANCE COMPANY | 304,265.01 | 0.00 | 19,765.05 |
| Other Expenses: ARMY & AIR FORCE EXCHANGE SERVICE | 73,333.56 | 0.00 | 4,763.76 |
| Other Expenses: AVIATION MANAGEMENT & CONSULTING, L | 45,000.00 | 0.00 | 2,923.20 |
| Other Expenses: Air Line Pilots Association, Intern | 0.00 | 0.00 | 0.00 |
| Other Expenses: Association Of Flight Attendants-Cw | 0.00 | 0.00 | 0.00 |
| Other Expenses: BARRINGTON BANK & TRUST COMPANY, N. | 228,556.29 | 0.00 | 14,847.01 |
| Other Expenses: CHICAGO AIRCRAFT INC. | 612.36 | 0.00 | 39.78 |
| Other Expenses: DEPARTMENT OF DEFENSE | 2,255,634.25 | 0.00 | 146,525.97 |
| Other Expenses: DEPARTMENT OF TRANSPORTATION | 166,703.41 | 0.00 | 10,829.05 |
| Other Expenses: FLYHT AEROSPACE SOLUTIONS, LTD | 12,687.97 | 0.00 | 824.21 |
| Other Expenses: GATE GOURMET, INC. | 17,501.00 | 0.00 | 1,136.86 |
| Other Expenses: GE CAPITAL AVIATION SERVICES LIMITE | 5,655,300.89 | 0.00 | 367,368.27 |
| Other Expenses: GREATER ROCKFORD AIRPORT AUTH | 18,000.00 | 0.00 | 1,169.28 |

| | | | |
|---|---|---|---|
| Other Expenses: Garofalo Goerlich Hainbach PC | 38.25 | 0.00 | 2.48 |
| Other Expenses: LIFE INS. CO.OF NORTH AMERICA | 28,268.65 | 0.00 | 1,836.33 |
| Other Expenses: LSG SKY CHEFS LEIPZIG GMBH | 37,526.14 | 0.00 | 2,437.70 |
| Other Expenses: OFFICE OF THE UNITED STATES TRUSTEE | 23,175.00 | 0.00 | 23,175.00 |
| Other Expenses: PRATT & WHITNEY ENGINE LEASING LLC | 273,507.00 | 0.00 | 17,767.01 |
| Other Expenses: SST Air, LLC | 412,735.00 | 0.00 | 26,811.26 |
| Other Expenses: SWISSPORT USA INC. | 50,342.21 | 0.00 | 3,270.23 |
| Other Expenses: T-Mobile USA Inc | 64,325.10 | 0.00 | 4,178.56 |
| Other Expenses: TRANSPORTATION SECURITY ADMN | 65,829.24 | 0.00 | 4,276.26 |
| Other Expenses: U.S. CUSTOMS AND BORDER PROTECTION | 238,985.72 | 0.00 | 15,524.52 |
| Other Expenses: UNITED STATES DEPARTMENT OF AGRICUL | 33,697.49 | 0.00 | 2,188.99 |
| Other Expenses: US Department of Homeland Security, CBP | 262.52 | 0.00 | 17.05 |
| Other Expenses: US JET SERVICES, INC. | 15,295.28 | 0.00 | 993.58 |
| Other Expenses: United States Dept of Defense | 1,000,000.00 | 0.00 | 64,959.99 |
| Other Expenses: VERIZON WIRELESS | 21,178.72 | 0.00 | 1,375.77 |
| Other Expenses: WA STATE DEPARTMENT | 1,065.28 | 0.00 | 69.20 |
| Other Expenses: WELLS FARGO BANK NORTHWEST | 12,707,862.37 | 0.00 | 825,502.56 |
| Other Expenses: Wheels Up, LLC | 146,946.94 | 0.00 | 9,545.67 |

Total to be paid for prior chapter administrative expenses: $ 1,611,032.01

Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $5,967,174.72 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 58,457.42 | 0.00 | 0.00 |
| | INTERNAL REVENUE SERVICE | 167,834.08 | 0.00 | 0.00 |
| | INTERNAL REVENUE SERVICE | 39,251.49 | 0.00 | 0.00 |
| | INTERNAL REVENUE SERVICE | 7,807.45 | 0.00 | 0.00 |
| EP1 | Ahlquist, Jodi | 1,287.65 | 80.03 | 0.00 |
| EP2 | Almond, Timothy | 7,241.23 | 450.08 | 0.00 |
| EP3 | Araya, Isayas | 5,784.23 | 359.53 | 0.00 |
| EP4 | Ballinger, Quinn | 6,646.34 | 413.12 | 0.00 |
| EP5 | Bancroft, Kimberly | 6,022.78 | 374.36 | 0.00 |
| EP6 | Barber, Matthew | 6,440.58 | 400.32 | 0.00 |
| EP7 | Bartlett, Jeffrey | 17,456.42 | 1,085.02 | 0.00 |
| EP8 | Belbeck, Scott | 35,484.08 | 2,205.59 | 0.00 |
| EP9 | Benjamin, Gordon | 1,688.27 | 104.93 | 0.00 |
| EP10 | Biloh, John | 28,314.70 | 1,759.96 | 0.00 |
| EP11 | Bognar, Brianna | 3,528.56 | 219.32 | 0.00 |
| EP12 | Bratek, David | 1,499.71 | 93.22 | 0.00 |
| EP13 | Bray, Steven | 41,608.93 | 2,586.30 | 0.00 |
| EP14 | Britton, Ian | 5.77 | 0.36 | 0.00 |
| EP15 | Broderick, Sam G. | 8,861.01 | 550.77 | 0.00 |
| EP16 | Brown, Larry | 10,718.62 | 666.22 | 0.00 |
| EP17 | Brown, Lynn | 6,187.43 | 384.60 | 0.00 |
| EP18 | Burlile, Leonard | 45,038.87 | 2,799.48 | 0.00 |
| EP19 | Burson, Theodore | 8,244.71 | 512.47 | 0.00 |
| EP20 | Butera, Jeffrey | 23,091.02 | 1,435.27 | 0.00 |
| EP21 | Cameron, Phillip | 1,000.00 | 62.16 | 0.00 |
| EP22 | Carlson, Randall | 2,770.28 | 172.20 | 0.00 |
| EP23 | Carroll, William | 34,486.34 | 2,143.56 | 0.00 |

| EP24 | Carstensen, Joseph | 22,680.12 | 1,409.72 | 0.00 |
|------|--------------------|-----------|----------|------|
| EP25 | Carter, Jonathan | 5,212.90 | 324.02 | 0.00 |
| EP26 | Chmura, Jeffrey | 23,449.49 | 1,457.55 | 0.00 |
| EP27 | Choe, Pokum | 8,430.90 | 524.03 | 0.00 |
| EP28 | Clayton, Jeffrey | 27,477.67 | 1,707.92 | 0.00 |
| EP29 | Colozzi, William G. | 18,154.07 | 1,128.41 | 0.00 |
| EP30 | Corrar, Thomas | 28,420.00 | 1,766.50 | 0.00 |
| EP31 | Coughlon, Jeremiah D. | 34,992.64 | 2,175.04 | 0.00 |
| EP32 | Cox, Terry | 5,564.85 | 345.89 | 0.00 |
| EP33 | Curry, Jennifer | 1,087.10 | 67.58 | 0.00 |
| EP34 | Daniels, Linda | 884.52 | 54.98 | 0.00 |
| EP35 | Davis, Spencer L. | 3,000.00 | 186.47 | 0.00 |
| EP36 | DelValle, Christian | 581.45 | 36.13 | 0.00 |
| EP37 | Dennis, Warrie | 22,755.27 | 1,414.39 | 0.00 |
| EP38 | Denny, Todd | 6,784.20 | 421.69 | 0.00 |
| EP39 | Dillow, William | 39,665.28 | 2,465.46 | 0.00 |
| EP40 | Dornbach, Paul | 15,277.40 | 949.59 | 0.00 |
| EP41 | Dowd, Joseph | 4,842.93 | 301.02 | 0.00 |
| EP42 | Doyle, Matthew W. | 18,867.25 | 1,172.73 | 0.00 |
| EP43 | Duke, David | 19,184.19 | 1,192.43 | 0.00 |
| EP44 | Dupuy, Elisabeth | 5,565.53 | 345.93 | 0.00 |
| EP45 | Egan, James | 7,457.24 | 463.52 | 0.00 |
| EP46 | Eichelverger, James | 5,356.55 | 332.95 | 0.00 |
| EP47 | Eldridge, Janice Beckford | 4,136.91 | 257.13 | 0.00 |
| EP48 | Fay, Thomas | 23,187.02 | 1,441.24 | 0.00 |
| EP49 | Fry, Ronald K. | 447.19 | 27.80 | 0.00 |
| EP50 | Galles, Michael | 3,963.96 | 246.38 | 0.00 |
| EP51 | George, Austin | 3,247.60 | 201.86 | 0.00 |
| EP52 | George, Calvin L. | 686.40 | 42.67 | 0.00 |
| EP53 | Gill, Daniel | 2,152.00 | 133.76 | 0.00 |
| EP54 | Glidden, Dianne P. | 4,543.21 | 282.40 | 0.00 |
| EP55 | Graber, Joseph | 9,182.57 | 570.76 | 0.00 |
| EP56 | Hade, Ronald | 789.00 | 49.04 | 0.00 |

| EP57 | Hamer, Sanford | 33,484.94 | 2,081.33 | 0.00 |
|------|----------------|-----------|----------|------|
| EP59 | Hand, Jeffrey | 18,330.51 | 1,139.37 | 0.00 |
| EP60 | Harris, Bernadette | 3,762.73 | 233.88 | 0.00 |
| EP61 | Harris, Daniel | 32,280.10 | 2,006.43 | 0.00 |
| EP62 | Harris, Wendy | 20,796.06 | 1,292.62 | 0.00 |
| EP63 | Haverley, Mitchell | 3,963.12 | 246.33 | 0.00 |
| EP64 | Head, Charles | 27,292.79 | 1,696.44 | 0.00 |
| EP65 | Heap, Mark | 8,410.29 | 522.76 | 0.00 |
| EP66 | Hedayatzadeh, Gil | 7,342.63 | 456.39 | 0.00 |
| EP67 | Henderson, Grady | 1,932.42 | 120.11 | 0.00 |
| EP68 | Hendrich, Phillip L. | 6,104.47 | 379.44 | 0.00 |
| EP69 | Hilgers, Susan | 4,580.44 | 284.72 | 0.00 |
| EP70 | Hirt, Brian | 5,615.27 | 349.02 | 0.00 |
| EP71 | Hixson, Jack | 4,919.94 | 305.81 | 0.00 |
| EP72 | Holliday, Harry | 31,396.38 | 1,951.49 | 0.00 |
| EP73 | Holmes, Lawson | 5,455.48 | 339.09 | 0.00 |
| EP74 | Hoogeveen, Eric | 20,776.89 | 1,291.43 | 0.00 |
| EP75 | Howie, Raymond | 8,030.98 | 499.18 | 0.00 |
| EP76 | Hurlbut, Scot | 12,713.18 | 790.21 | 0.00 |
| EP77 | Hurley, George | 8,594.96 | 534.23 | 0.00 |
| EP78 | Jachym, Mark W. | 2,348.69 | 145.98 | 0.00 |
| EP79 | Jackson, Leonard | 4,081.98 | 253.73 | 0.00 |
| EP80 | Jagielnik-LaPaglia, Renee | 8,630.29 | 536.43 | 0.00 |
| EP81 | John, Eric | 16,559.93 | 1,029.31 | 0.00 |
| EP82 | Johnson, Philip | 2,379.84 | 147.92 | 0.00 |
| EP84 | Jones, Dennis | 5,845.05 | 363.31 | 0.00 |
| EP85 | Kerls, Michael | 9,914.04 | 616.23 | 0.00 |
| EP86 | Kirschmann, Janelle L. | 5,020.39 | 312.05 | 0.00 |
| EP87 | Kopack, John | 7,487.57 | 465.40 | 0.00 |
| EP88 | Kramer, Karen | 914.48 | 56.85 | 0.00 |
| EP89 | Krause, Steven | 6,560.84 | 407.81 | 0.00 |
| EP90 | Krukow, Jonathan | 21,623.04 | 1,344.02 | 0.00 |
| EP91 | Krusemeir, Denise | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| EP92 | Kutter, Anthony J. | 3,300.00 | 205.12 | 0.00 |
|------|-------------------|----------|--------|------|
| EP93 | Kutter, Jill | 6,389.28 | 397.14 | 0.00 |
| EP94 | LaBlonde, Andrew | 10,549.65 | 655.72 | 0.00 |
| EP95 | LaCoste, Gillian G. | 3,625.12 | 225.32 | 0.00 |
| EP96 | Lamberth, Kerry | 33,306.64 | 2,070.25 | 0.00 |
| EP97 | LaPaglia, Reid | 35,580.83 | 2,211.59 | 0.00 |
| EP98 | Laurion, Randall | 29,450.67 | 1,830.56 | 0.00 |
| EP99 | Lemon, Eric | 19,808.75 | 1,231.26 | 0.00 |
| EP100 | Leonardo, William | 2,778.16 | 172.69 | 0.00 |
| EP101 | Little, Daniel | 3,828.36 | 237.96 | 0.00 |
| EP102 | Liveoak, Stephen | 38,864.45 | 2,415.69 | 0.00 |
| EP103 | Logan, Howard | 11,422.40 | 709.99 | 0.00 |
| EP104 | Loh, Susan | 4,699.01 | 292.08 | 0.00 |
| EP105 | Love, Steven | 34,798.74 | 2,162.98 | 0.00 |
| EP106 | Lowe, Earnest | 12,287.64 | 763.77 | 0.00 |
| EP107 | MacDonald, Wilma | 3,653.10 | 227.07 | 0.00 |
| EP108 | Maddux, Shellie | 4,450.00 | 276.61 | 0.00 |
| EP109 | Magruder, Christine | 19,532.05 | 1,214.05 | 0.00 |
| EP110 | Mancuso, Michael | 33,575.13 | 2,086.93 | 0.00 |
| EP111 | Marks, Todd | 26,505.32 | 1,647.50 | 0.00 |
| EP112 | Mason, Richard | 1,055.00 | 65.58 | 0.00 |
| EP113 | Mattera, Aphonse | 2,486.40 | 154.54 | 0.00 |
| EP114 | May, Jesse | 8,644.92 | 537.34 | 0.00 |
| EP115 | McClendon, Charles | 4,027.94 | 250.37 | 0.00 |
| EP116 | McElfresh, Alan | 47,584.59 | 2,957.72 | 0.00 |
| EP117 | McGrath, Martin | 28,573.65 | 1,776.05 | 0.00 |
| EP118 | McHugh, Rick | 8,463.00 | 526.03 | 0.00 |
| EP119 | McPherson, Douglas | 4,211.62 | 261.78 | 0.00 |
| EP120 | Melville, Thomas | 19,917.38 | 1,238.01 | 0.00 |
| EP122 | Montgomery, Stephen | 40,326.27 | 2,506.57 | 0.00 |
| EP123 | Moore, Dustin | 22,764.30 | 1,414.95 | 0.00 |
| EP124 | Moore, Michael | 5,111.28 | 317.70 | 0.00 |
| EP125 | Morgan, Larry | 24,850.55 | 1,544.64 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| EP126 | Muckey, Charles | 30,711.79 | 1,908.95 | 0.00 |
| EP127 | Mueller, Raymond | 7,185.59 | 446.63 | 0.00 |
| EP128 | Murray, Scott | 29,270.71 | 1,819.37 | 0.00 |
| EP129 | Nagel, Larry | 2,268.48 | 140.99 | 0.00 |
| EP130 | Newby, Melia | 3,777.64 | 234.81 | 0.00 |
| EP131 | Nightingale, Michael | 3,444.91 | 214.12 | 0.00 |
| EP132 | Nylen, Lisa | 986.24 | 61.30 | 0.00 |
| EP133 | O'Donnell, Andrew | 19,000.26 | 1,181.00 | 0.00 |
| EP134 | Parlapiano, John | 3,907.22 | 242.86 | 0.00 |
| EP135 | Parrock, Kenneth | 6,820.99 | 423.97 | 0.00 |
| EP136 | Payton, Teresa | 156.77 | 9.74 | 0.00 |
| EP137 | Peluso, Justina | 5,032.50 | 312.81 | 0.00 |
| EP138 | Plueger, Adam | 6,929.90 | 430.74 | 0.00 |
| EP139 | Posthuma, David | 5,319.12 | 330.62 | 0.00 |
| EP140 | Pryke, Jonathan | 5,391.69 | 335.14 | 0.00 |
| EP141 | Quirion, Paul | 4,934.67 | 306.73 | 0.00 |
| EP142 | Rallo, Joseph | 4,517.56 | 280.81 | 0.00 |
| EP143 | Ramsey, Terry | 8,181.17 | 508.51 | 0.00 |
| EP144 | Reeve, Allen | 4,188.26 | 260.33 | 0.00 |
| EP145 | Reinhart, Dianne | 9,018.86 | 560.57 | 0.00 |
| EP146 | Riegel, Ted | 25,155.38 | 1,563.58 | 0.00 |
| EP147 | Riley, Mary Lou | 6,845.60 | 425.50 | 0.00 |
| EP148 | Robicheaux, Pamela | 3,546.12 | 220.41 | 0.00 |
| EP149 | Rufful, Paul | 22,176.64 | 1,378.43 | 0.00 |
| EP150 | Schantz, Thomas | 31,510.91 | 1,958.63 | 0.00 |
| EP151 | Schmidt, Steven | 32,533.48 | 2,022.17 | 0.00 |
| EP152 | Schreibman, Eric | 28,249.47 | 1,755.90 | 0.00 |
| EP153 | Scott, Angela | 4,626.90 | 287.60 | 0.00 |
| EP154 | Seastrand, Brandon | 27,805.55 | 1,728.31 | 0.00 |
| EP155 | Sepello, Dennis | 4,184.72 | 260.11 | 0.00 |
| EP156 | Shank, Jennifer | 7,833.00 | 486.88 | 0.00 |
| EP157 | Shonts, Todd | 3,725.99 | 231.60 | 0.00 |
| EP158 | Short, Jeffrey | 21,154.31 | 1,314.88 | 0.00 |

| EP159 | Silbaugh, Ingeborg | 2,546.70 | 158.29 | 0.00 |
| EP160 | Silva, Darryl | 25,421.09 | 1,580.10 | 0.00 |
| EP161 | Simnitt, Kent | 7,771.40 | 483.05 | 0.00 |
| EP162 | Smith, Andrea | 9,005.48 | 559.75 | 0.00 |
| EP163 | Smith, Brian | 1,461.54 | 90.84 | 0.00 |
| EP164 | Smith, Eric | 4,187.31 | 260.27 | 0.00 |
| EP165 | Smith, Jeffrey | 32,593.22 | 2,025.89 | 0.00 |
| EP166 | Southern, Jake | 6,239.19 | 387.82 | 0.00 |
| EP167 | Sparks, David | 35,147.44 | 2,184.66 | 0.00 |
| EP168 | Sprenkel, Linda | 4,134.19 | 256.97 | 0.00 |
| EP169 | Stack, Deanna | 3,230.40 | 200.79 | 0.00 |
| EP170 | Stackley, Bryan | 31,357.25 | 1,949.06 | 0.00 |
| EP171 | Stepniewski, Richard | 45,589.44 | 2,833.70 | 0.00 |
| EP172 | Stevenson, Robert | 14,098.42 | 876.31 | 0.00 |
| EP173 | Stewart, Michelle | 3,691.60 | 229.46 | 0.00 |
| EP174 | Stuhr, Dale | 20,858.02 | 1,296.46 | 0.00 |
| EP175 | Sutton, Verna | 4,807.50 | 298.82 | 0.00 |
| EP176 | Swafford, Charles | 2,436.61 | 151.44 | 0.00 |
| EP177 | Tabaei, Samuel | 7,226.64 | 449.19 | 0.00 |
| EP178 | Tait, Marvin | 1,472.42 | 91.51 | 0.00 |
| EP179 | Taylor, Clayton | 8,183.08 | 508.63 | 0.00 |
| EP180 | Taylor, Lewis | 23,415.54 | 1,455.44 | 0.00 |
| EP181 | Thorpe, Jill | 4,306.11 | 267.66 | 0.00 |
| EP182 | Tiffany, Christopher | 4,291.25 | 266.74 | 0.00 |
| EP183 | Trowsdale, Robert | 8,348.44 | 518.92 | 0.00 |
| EP184 | Truex, Brian | 28,069.38 | 1,744.72 | 0.00 |
| EP185 | Tulle, David | 5,791.87 | 360.01 | 0.00 |
| EP186 | Vance, Robert | 4,517.56 | 280.81 | 0.00 |
| EP188 | Vizier, Angela | 13,247.75 | 823.43 | 0.00 |
| EP189 | Waymire, Michael | 0.00 | 0.00 | 0.00 |
| EP190 | Weaver, Kevin | 5,359.82 | 333.15 | 0.00 |
| EP191 | Wetsman, Michael | 6,513.03 | 404.83 | 0.00 |
| EP192 | Wilhide, Jeffrey | 17,643.29 | 1,096.64 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| EP193 | Wilkes, Nancy | 7,702.01 | 478.74 | 0.00 |
| EP194 | Wilson, James | 6,676.69 | 415.01 | 0.00 |
| EP195 | Wozniak, Ryan | 6,262.53 | 389.26 | 0.00 |
| EP196 | Youngk, Paul | 35,111.16 | 2,182.41 | 0.00 |
| EP197 | Zawadzki, Paul | 6,884.28 | 427.90 | 0.00 |
| EP198 | Zielke, Jon | 5,035.83 | 313.02 | 0.00 |
| EP199 | Cariello, Carol | 6,742.50 | 419.10 | 0.00 |
| EP200 | Cheever, Gloria H. | 4,829.00 | 300.16 | 0.00 |
| EP201 | Gibson, Rodney C., Jr. | 8,692.04 | 540.27 | 0.00 |
| EP202 | Kaufman, Denise | 7,307.64 | 454.21 | 0.00 |
| EP203 | Gross, Steven J. | 7,051.74 | 438.32 | 0.00 |
| EP204 | Thompson, Andre Mohan | 15,891.10 | 987.74 | 0.00 |
| 000008P | STATE OF ALABAMA | 612.73 | 0.00 | 0.00 |
| 000010P | TENNESSEE DEPARTMENT OF REVENUE | 8,257.73 | 0.00 | 0.00 |
| 000016P | NEW YORK STATE DEPARTMENT | 37,724.11 | 0.00 | 0.00 |
| 000018P | LOUISIANA DEPARTMENT OF REVENUE | 1,614.65 | 0.00 | 0.00 |
| 000019P | DEPARTMENT OF THE TREASURY | 706,948.41 | 0.00 | 0.00 |
| 000020P | NEW YORK STATE DEPARTMENT | 185,440.42 | 0.00 | 0.00 |
| 000021P | STATE OF HAWAII, DEPT OF TAXATION | 1,106.64 | 0.00 | 0.00 |
| 000030P | WEST VIRGINIA STATE TAX DEPT. | 1,388.90 | 0.00 | 0.00 |
| 000039P | TEXAS COMPTROLLER OF PUBLIC ACCOUNT | 5,375.37 | 0.00 | 0.00 |
| 000040P | OKLAHOMA TAX COMMISSION | 3,141.09 | 0.00 | 0.00 |
| 000044P | NJ DIVISION OF TAXATION | 72,000.00 | 0.00 | 0.00 |
| 000045P | MASSACHUSETTS DEPARTMENT OF REVENUE | 1,438.03 | 0.00 | 0.00 |
| 000047P | COMMONWEALTH OF VIRGINIA DEPARTMENT | 488.33 | 0.00 | 0.00 |
| 000066P | SC DEPARTMENT OF REVENUE | 600.19 | 0.00 | 0.00 |
| 000068P | WA STATE DEPARTMENT | 7,478.97 | 0.00 | 0.00 |
| 000076P | FRANCHISE TAX BOARD | 4,332.18 | 0.00 | 0.00 |
| 000081P | FLORIDA DEPT OF REVENUE | 404.21 | 0.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| 000082P | FLORIDA DEPT OF REVENUE | 618.46 | 0.00 | 0.00 |
| 000090P | NED E DICKEY & ASSOCIATES, INC. | 0.00 | 0.00 | 0.00 |
| 000101P | ARKANSAS DEPT.OF FINANCE & ADMIN. | 439.64 | 0.00 | 0.00 |
| 000109P | CITY OF PORTLAND, OREGON | 0.00 | 0.00 | 0.00 |
| 000124P | VIRGIN ATLANTIC AIRWAYS LIMITED | 1,824,783.00 | 0.00 | 0.00 |
| 000152 | Hale, Jack D. | 4,335.00 | 269.46 | 0.00 |
| 000154P | MISSISSIPPI DEPARTMENT OF REVENUE | 607.50 | 0.00 | 0.00 |
| 000156P | COMMONWEALTH OF VIRGINIA DEPARTMENT | 953.68 | 0.00 | 0.00 |
| 000159 | Cates, Andrea T | 6,194.55 | 385.04 | 0.00 |
| 000160 | Adams, Mary E. | 4,972.02 | 309.06 | 0.00 |
| 000161 | Jorgensen, Gino A. | 1,412.24 | 87.78 | 0.00 |
| 000162 | Nielson, Jayne M. | 6,312.82 | 392.39 | 0.00 |
| 000163A | Poulter, William E., Jr. | 7,057.05 | 438.65 | 0.00 |
| 000164 | Jordan, Michael A. | 3,733.99 | 232.10 | 0.00 |
| 000165 | Warring, Todd J. | 4,710.39 | 292.79 | 0.00 |
| 000166 | Hernandez, Stefan R. | 6,592.96 | 409.80 | 0.00 |
| 000167 | Blissit, Toni M. | 7,354.11 | 457.11 | 0.00 |
| 000169 | Chase, Lynn T. | 1,370.60 | 85.19 | 0.00 |
| 000170 | Carmody, Robert W., III | 1,922.50 | 119.50 | 0.00 |
| 000171 | Cariello, Carol | 0.00 | 0.00 | 0.00 |
| 000172 | Kaufman, Denise | 0.00 | 0.00 | 0.00 |
| 000173 | Reese, Katherine I. | 4,269.10 | 265.36 | 0.00 |
| 000174 | Jernigan, Patricia | 3,252.00 | 202.13 | 0.00 |
| 000175 | Masuen, Amanda | 9,701.17 | 603.00 | 0.00 |
| 000176 | Janku, Dominique | 5,111.70 | 317.73 | 0.00 |
| 000177 | Schuman, Joseph L. | 4,853.52 | 301.69 | 0.00 |
| 000178 | Tillman, Allen | 9,008.20 | 559.91 | 0.00 |
| 000179 | Magaruh, George M. | 2,276.24 | 141.48 | 0.00 |
| 000180 | Rojas, Irma | 6,336.50 | 393.86 | 0.00 |
| 000181 | Reeder, Deborah | 4,460.14 | 277.24 | 0.00 |
| 000182 | Balek, Erin | 1,364.66 | 84.82 | 0.00 |

| | | | | |
|---|---|---|---|---|
| 000183 | Gross, Steven J. | 0.00 | 0.00 | 0.00 |
| 000184 | Precht, Kathy S. | 4,208.56 | 261.59 | 0.00 |
| 000185 | Oz, Alma P. | 4,654.18 | 289.29 | 0.00 |
| 000187 | Salamone, Alice H. | 2,361.91 | 146.81 | 0.00 |
| 000188 | Abucewicz, Geoffrey D. | 4,214.10 | 261.93 | 0.00 |
| 000189 | Ramm, Maureen | 5,548.42 | 344.87 | 0.00 |
| 000190 | Buklis, Catherine E. | 3,808.88 | 236.75 | 0.00 |
| 000191 | Merrell, Jeanette M. | 795.00 | 49.41 | 0.00 |
| 000192 | Benitez, Victor A. | 2,538.00 | 157.74 | 0.00 |
| 000193 | Wills, Edie L. | 1,193.84 | 74.20 | 0.00 |
| 000194 | Koehler, Carolyn Shea | 4,233.78 | 263.16 | 0.00 |
| 000195 | Jones, Diane Lynn | 4,214.10 | 261.93 | 0.00 |
| 000196 | Godlewski, Rio Jane | 785.33 | 48.81 | 0.00 |
| 000197 | Pratt, Shirley | 2,052.00 | 127.54 | 0.00 |
| 000198 | Karrer, Erica | 2,640.00 | 164.09 | 0.00 |
| 000199 | Pickett, Samantha | 364.00 | 22.63 | 0.00 |
| 000200 | Shook, Donald R., Jr. | 2,551.95 | 158.62 | 0.00 |
| 000201 | Whitfield, Andrew M. | 1,272.45 | 79.10 | 0.00 |
| 000202 | Catarelli, Charles A. | 1,295.00 | 80.49 | 0.00 |
| 000204 | Hironimus, Lane | 1,054.39 | 65.55 | 0.00 |
| 000205 | Gruszczynski, Adam Edward | 3,609.44 | 224.35 | 0.00 |
| 000206 | Stewart , Paul H., Jr. | 3,350.00 | 208.22 | 0.00 |
| 000207 | Cruz, Danny | 4,778.64 | 297.03 | 0.00 |
| 000208 | Nelson, Patricia M. | 5,185.84 | 322.34 | 0.00 |
| 000210 | Cachor, Catherine J . | 6,516.04 | 405.02 | 0.00 |
| 000211 | Cheever, Gloria H. | 0.00 | 0.00 | 0.00 |
| 000212 | Zylka, Stacy | 6,797.27 | 422.50 | 0.00 |
| 000213 | Gonzalez, Eric | 5,142.21 | 319.63 | 0.00 |
| 000214 | Hower, Sheryl B. | 5,447.42 | 338.59 | 0.00 |
| 000215 | Thompson, Andre Mohan | 0.00 | 0.00 | 0.00 |
| 000216 | Gibson, Rodney C., Jr. | 0.00 | 0.00 | 0.00 |
| 000217P | WA STATE DEPARTMENT | 0.00 | 0.00 | 0.00 |
| 000218 | Boucher, Sue A. | 1,397.42 | 86.85 | 0.00 |

| | | | | |
|---|---|---|---|---|
| 000219 | Hooker, Robin M. | 2,579.18 | 160.31 | 0.00 |
| 000220 | Rach, Melissa | 501.50 | 31.17 | 0.00 |
| 000221 | Hill, Linda T. | 834.50 | 51.86 | 0.00 |
| 000222 | Hill, Linda T. | 0.00 | 0.00 | 0.00 |
| 000223 | Tillman, Allen | 0.00 | 0.00 | 0.00 |
| 000225P | MASSACHUSETTS DEPARTMENT OF REVENUE | 2,412.00 | 0.00 | 0.00 |
| 000237 | Aldrich, Katherine E. | 10,632.89 | 660.90 | 0.00 |
| 000238 | Aldrich, Jeff | 7,291.62 | 453.22 | 0.00 |
| 000240P | WEST VIRGINIA STATE TAX DEPT. | 608.99 | 0.00 | 0.00 |
| 000247P | WISCONSIN DEPT OF REV | 4,519.71 | 0.00 | 0.00 |
| 000251P | LIFE INS. CO.OF NORTH AMERICA | 4,733.93 | 0.00 | 0.00 |
| 000259P | Us Dept Of Labor For Ryan Int Healt | 41,010.25 | 0.00 | 0.00 |
| 000267 | TDS Metrocom, LLC | 31,567.26 | 0.00 | 0.00 |
| 000273P | Ohio Department of Job and Family Serv | 1,180.77 | 0.00 | 0.00 |
| 000281 | Franchise Tax Board | 0.00 | 0.00 | 0.00 |
| 000283 | ODR Bkcy | 150.00 | 0.00 | 0.00 |
| 000284P | State of Minnesota | 729.82 | 0.00 | 0.00 |
| 000285P | FLORIDA DEPT OF REVENUE | 449.40 | 0.00 | 0.00 |
| 000286P | Franklin County Treasurer | 885.07 | 0.00 | 0.00 |
| EP25MED | Carter, Jonathan | 9,994.24 | 976.21 | 0.00 |
| EP58MED | Hamilton, Brian & Terri | 800.00 | 78.14 | 0.00 |
| EP83MED | Johnston, Chris A. | 964.14 | 94.17 | 0.00 |
| EP121MED | Minniti, Bridget | 20,202.38 | 1,973.30 | 0.00 |
| EP187MED | Viita, Shannon | 371.00 | 36.24 | 0.00 |
| EP199MED | Catherine Buklis | 491.00 | 47.96 | 0.00 |

Total to be paid for priority claims:   $ _____ 0.00

Remaining balance:   $ _____ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 136,768,922.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | LQ MANAGEMENT LLC | 621.17 | 0.00 | 0.00 |
| 000002 | PROFESSIONAL INSURANCE MANAGEMENT, | 1,141,528.18 | 0.00 | 0.00 |
| 000003 | OFFICE DEPOT | 9,655.59 | 0.00 | 0.00 |
| 000004 | W W GRAINGER INC | 11,556.93 | 0.00 | 0.00 |
| 000006 | PASSPORT HEALTH LOUISIANA | 857.00 | 0.00 | 0.00 |
| 000007 | AMEREN MISSOURI | 231.06 | 0.00 | 0.00 |
| 000008 | STATE OF ALABAMA | 361.00 | 0.00 | 0.00 |
| 000009 | MARRIOTT INTL.,INC ON BEHALF OF | 69,561.25 | 0.00 | 0.00 |
| 000011 | CUSTOM AIRE TRAVEL | 17,460.00 | 0.00 | 0.00 |
| 000012 | OFFICE DEPOT | 4,602.62 | 0.00 | 0.00 |
| 000013 | BEYOND CORPORATION | 0.00 | 0.00 | 0.00 |
| 000014 | KAZUK AND COMPANY | 4,675.01 | 0.00 | 0.00 |
| 000015 | PTS OF AMERICA, LLC | 95,848.10 | 0.00 | 0.00 |
| 000016 | NEW YORK STATE DEPARTMENT | 6,250.00 | 0.00 | 0.00 |
| 000017 | AMERICAN INFOSOURCE LP AS AGENT FOR | 29,412.54 | 0.00 | 0.00 |
| 000018 | LOUISIANA DEPARTMENT OF REVENUE | 753.38 | 0.00 | 0.00 |
| 000019 | DEPARTMENT OF THE TREASURY | 75,213.94 | 0.00 | 0.00 |
| 000020 | NEW YORK STATE DEPARTMENT | 31,250.00 | 0.00 | 0.00 |
| 000021 | STATE OF HAWAII, DEPT OF TAXATION | 200.96 | 0.00 | 0.00 |
| 000022 | NEW HAMPSHIRE DEPT OF REVENUE ADMIN | 903.47 | 0.00 | 0.00 |
| 000023 | FLUGHAFEN LEIPZIG/HALLE GMBH | 823.07 | 0.00 | 0.00 |
| 000024 | FLUGHAFEN LEIPZIG/HALLE GMBH | 22,164.40 | 0.00 | 0.00 |
| 000025 | BBAM AIRCRAFT MANAGEMENT LLC | 2,320,413.33 | 0.00 | 0.00 |

| 000026 | Babcock & Brown Topflight Co. Ltd. | 580,103.33 | 0.00 | 0.00 |
|--------|-----------------------------------|-----------:|-----:|-----:|
| 000027 | BBAM AIRCRAFT MANAGEMENT LLC | 0.00 | 0.00 | 0.00 |
| 000028 | BBAM AIRCRAFT MANAGEMENT LLC | 0.00 | 0.00 | 0.00 |
| 000029 | INFLIGHT SUPPLIES & SERVICE | 9,690.91 | 0.00 | 0.00 |
| 000030 | WEST VIRGINIA STATE TAX DEPT. | 4.65 | 0.00 | 0.00 |
| 000031 | CITY OF LAREDO, TEXAS | 3,480.00 | 0.00 | 0.00 |
| 000032 | UNITED AVIATION SERVICES | 20,112.70 | 0.00 | 0.00 |
| 000033 | PATRICE GUZMAN | 661,513.25 | 0.00 | 0.00 |
| 000034 | SABRE INC | 13,500.00 | 0.00 | 0.00 |
| 000035 | ROCK VALLEY INDUSTRIES | 7,488.00 | 0.00 | 0.00 |
| 000036 | ADKERSON, HAUDER & BEZNEY, P.C | 8,010.00 | 0.00 | 0.00 |
| 000037 | WRIGHT EXPRESS FINANCIAL SERVICES | 890,065.05 | 0.00 | 0.00 |
| 000038 | UNITED RENTALS (NORTH AMERICA) | 734.10 | 0.00 | 0.00 |
| 000041 | FLATIRON CAPITAL, A DIVISION OF WEL | 311,971.20 | 0.00 | 0.00 |
| 000042 | NJ DIVISION OF TAXATION | 39,944.32 | 0.00 | 0.00 |
| 000046 | AIR CANADA | 20,553.33 | 0.00 | 0.00 |
| 000049 | DELTA AIR LINES, INC. | 7,427,882.34 | 0.00 | 0.00 |
| 000050 | AMERICAN EXPRESS TRAVEL RELATED SER | 12,882.92 | 0.00 | 0.00 |
| 000051 | AMERICAN EXPRESS TRAVEL RELATED SER | 405,583.44 | 0.00 | 0.00 |
| 000052 | AMERICAN AIRLINES, INC. | 85.58 | 0.00 | 0.00 |
| 000054 | AIR CANADA | 53,486.66 | 0.00 | 0.00 |
| 000055 | HALIFAX INTERNATIONAL AIRPORT AUTHO | 3,450.80 | 0.00 | 0.00 |
| 000057 | PNC EQUIPMENT FINANCE LLC | 10,215,048.95 | 0.00 | 0.00 |
| 000058 | PNC EQUIPMENT FINANCE LLC | 3,898,246.94 | 0.00 | 0.00 |
| 000059 | JEPPESEN SANDERSON, INC. | 16,630.57 | 0.00 | 0.00 |
| 000060 | WINNEBAGO COUNTY HEALTH DEPARTMENT | 27,359.00 | 0.00 | 0.00 |
| 000061 | PALMETTO TRAVEL MEDICINE DBA | 205.00 | 0.00 | 0.00 |
| 000063 | FLYHT AEROSPACE SOLUTIONS, LTD | 35,189.47 | 0.00 | 0.00 |
| 000064 | LINCOLN AIRPORT AUTHORITY | 1,267.48 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 000065 | UNDERGROUND VAULTS & STORAGE | 1,155.99 | 0.00 | 0.00 |
| 000067 | DTG OPERATIONS INC. | 19,417.69 | 0.00 | 0.00 |
| 000068 | WA STATE DEPARTMENT | 37,214.37 | 0.00 | 0.00 |
| 000069 | J2 GLOBAL, INC. | 803.77 | 0.00 | 0.00 |
| 000070 | J.A. AIR CENTER INC | 75,110.00 | 0.00 | 0.00 |
| 000073 | JANNAT HOTEL (LLC MAB ULA) | 28,463.75 | 0.00 | 0.00 |
| 000074 | ANTHONY BATTON | 1,000,000.00 | 0.00 | 0.00 |
| 000075 | NORTH AMERICAN AIRCRAFT SER | 175.41 | 0.00 | 0.00 |
| 000078 | AEROPORT DE QUEBEC INC. | 33,698.96 | 0.00 | 0.00 |
| 000079 | AIRCRAFT SERVICE INTERNATIONAL, INC | 19,992.77 | 0.00 | 0.00 |
| 000085 | AEROPORT INTERNATIONAL DE GENEVE | 10,300.00 | 0.00 | 0.00 |
| 000086 | WRIGHT EXPRESS FINANCIAL SERVICES | 901,849.69 | 0.00 | 0.00 |
| 000087 | MIDNITE AIR CORP | 5,887.00 | 0.00 | 0.00 |
| 000088 | CHASE AEROSPACE INC | 22,300.00 | 0.00 | 0.00 |
| 000089 | CRAIG CUTLER | 24,270.00 | 0.00 | 0.00 |
| 000090 | NED E DICKEY & ASSOCIATES, INC. | 11,183.12 | 0.00 | 0.00 |
| 000095 | UNITED PARCEL SERVICE | 28,656.55 | 0.00 | 0.00 |
| 000096 | UNITED PARCEL SERVICE (FREIGHT) | 37,249.08 | 0.00 | 0.00 |
| 000097 | PIEDMONT AVIATION COMPONENT SERVICE | 256,912.62 | 0.00 | 0.00 |
| 000098 | DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 |
| 000099 | ROMVACCINE INC D/B/A | 1,893.00 | 0.00 | 0.00 |
| 000100 | BRIGGS AERO LTD | 5,593.50 | 0.00 | 0.00 |
| 000101 | ARKANSAS DEPT.OF FINANCE & ADMIN. | 252.28 | 0.00 | 0.00 |
| 000102 | DALLAS/FORT WORTH INTERNATIONAL | 6,308.60 | 0.00 | 0.00 |
| 000103 | DAUGHERTY, FOWLER, PEREGRIN | 621.00 | 0.00 | 0.00 |
| 000104 | AVDYNE AEROSERVICES | 2,000.00 | 0.00 | 0.00 |
| 000105 | VERIZON WIRELESS | 12,880.81 | 0.00 | 0.00 |
| 000106 | THE ULTIMATE SOFTWARE GROUP INC. | 0.00 | 0.00 | 0.00 |

| 000108 | METROPOLITAN TOPEKA AIRPORT AUTH. | 470.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| 000110 | CATERING JEREZ S.L. | 10,756.75 | 0.00 | 0.00 |
| 000111 | EURO JET INTERCONTINENTAL | 157,746.23 | 0.00 | 0.00 |
| 000112 | EAST TRUST - SUB 2 | 13,000,000.00 | 0.00 | 0.00 |
| 000113 | JACQUELINE MCELRATH | 62,119.83 | 0.00 | 0.00 |
| 000114 | BOEING TRAINING AND FLIGHT | 228,868.00 | 0.00 | 0.00 |
| 000115 | ISAVIA | 1,774.15 | 0.00 | 0.00 |
| 000116 | GUNSAN-THE OSCAR SUITE | 7,187.82 | 0.00 | 0.00 |
| 000117 | CAMBODIA AIR TRAFFIC SERV., CATS BU | 376.00 | 0.00 | 0.00 |
| 000118 | CANAS | 14,274.06 | 0.00 | 0.00 |
| 000120 | BREIDABLIKK | 0.00 | 0.00 | 0.00 |
| 000121 | THE PORT AUTHORITY OF NEW YORK AND | 19,395.77 | 0.00 | 0.00 |
| 000123 | JET X AEROSPACE LLC | 913,783.98 | 0.00 | 0.00 |
| 000124 | VIRGIN ATLANTIC AIRWAYS LIMITED | 8,918,073.00 | 0.00 | 0.00 |
| 000125 | SKY CHEFS, INC. | 296,853.77 | 0.00 | 0.00 |
| 000126 | LSG SKY CHEFS KLN GMBH | 805.18 | 0.00 | 0.00 |
| 000127 | LSG SKY CHEFS LEIPZIG GMBH | 329,805.78 | 0.00 | 0.00 |
| 000128 | VRG LINHAS AEREAS S.A.-GRUPO GOL | 4,774,816.51 | 0.00 | 0.00 |
| 000129 | CARIBBEAN NAVIGATION & ADV.SER LTD | 15,741.74 | 0.00 | 0.00 |
| 000130 | ACE AMERICAN INSURANCE COMPANY | 517,845.00 | 0.00 | 0.00 |
| 000131 | FUTURA INTERNATIONAL AIRWAYS, S.A. | 3,305,367.47 | 0.00 | 0.00 |
| 000132 | TODD & LEVI, LLP | 11,848.35 | 0.00 | 0.00 |
| 000133 | GREATER ROCKFORD AIRPORT AUTH | 35,762.66 | 0.00 | 0.00 |
| 000134 | WELLS FARGO BANK NORTHWEST | 25,523,609.00 | 0.00 | 0.00 |
| 000135 | US JET SERVICES, INC. | 169,822.60 | 0.00 | 0.00 |
| 000136 | CHICAGO AIRCRAFT INC. | 206,575.00 | 0.00 | 0.00 |
| 000137 | COBRA SYSTEMS, INC. | 8,207.03 | 0.00 | 0.00 |
| 000138 | FIRST NATIONAL BANK OF OMAHA | 32,480,766.82 | 0.00 | 0.00 |
| 000139 | WELLS FARGO BANK NORTHWEST, | 1,769,335.95 | 0.00 | 0.00 |

| | NATIONA | | | |
|---|---|---|---|---|
| 000140 | TRITON AVIATION INTERNATIONAL, LLC | 1,769,335.95 | 0.00 | 0.00 |
| 000141 | GE CAPITAL AVIATION SERVICES LIMITE | 0.00 | 0.00 | 0.00 |
| 000142 | JET X AEROSPACE LLC | 1,944,754.66 | 0.00 | 0.00 |
| 000143 | WELLS FARGO BANK NORTHWEST | 0.00 | 0.00 | 0.00 |
| 000144 | EDMONTON REGIONAL AIRPORTS AUTHORIT | 21,512.81 | 0.00 | 0.00 |
| 000145 | BARRINGTON BANK & TRUST COMPANY, N. | 0.00 | 0.00 | 0.00 |
| 000146 | VAN GALDER | 10,746.90 | 0.00 | 0.00 |
| 000147 | SERVISAIR, INC. | 26,037.69 | 0.00 | 0.00 |
| 000148 | SERVISAIR, INC. | 497,677.64 | 0.00 | 0.00 |
| 000149 | ALLIED AVIATION SERVICE | 35,308.46 | 0.00 | 0.00 |
| 000150 | STEPHANIE HERR | 1,000,000.00 | 0.00 | 0.00 |
| 000151 | EUROCONTROL | 263,458.57 | 0.00 | 0.00 |
| 000153 | BREIDABLIKK | 16,408.00 | 0.00 | 0.00 |
| 000155 | GUNSAN-THE OSCAR SUITE | 7,187.82 | 0.00 | 0.00 |
| 000156U | COMMONWEALTH OF VIRGINIA DEPARTMENT | 76.24 | 0.00 | 0.00 |
| 000158 | BREIDABLIKK | 15,921.73 | 0.00 | 0.00 |
| 000163 | William E. Poulter, Jr. | 0.00 | 0.00 | 0.00 |
| 000168 | CITY OF COLORADO SPRINGS AIRPORT | 2,489.60 | 0.00 | 0.00 |
| 000186 | DOUGLAS AQUDELO, | 8,675.00 | 0.00 | 0.00 |
| 000226 | AERODATA, INC. | 13,995.00 | 0.00 | 0.00 |
| 000227 | JEPPESEN SANDERSON, INC. | 17,308.07 | 0.00 | 0.00 |
| 000228 | COOPER & KIRK | 53,241.60 | 0.00 | 0.00 |
| 000229 | DLA PIPER LLP (US) | 23,611.00 | 0.00 | 0.00 |
| 000230 | UNITED PARCEL SERVICE | 0.00 | 0.00 | 0.00 |
| 000231 | AEROPORT DE QUEBEC INC. | 33,698.96 | 0.00 | 0.00 |
| 000232 | GANDER INTERNATIONAL AIRPORT | 28,287.23 | 0.00 | 0.00 |
| 000233 | BONAIR LINEN LLC | 1,238.96 | 0.00 | 0.00 |
| 000234 | AIR CULINAIRE WORLDWIDE, LLC | 24,853.01 | 0.00 | 0.00 |

| 000236 | PASSPORT HEALTH OF TAMPA BAY | 697.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| 000239 | CUSTOM AIRE TRAVEL | 17,460.00 | 0.00 | 0.00 |
| 000240 | WEST VIRGINIA STATE TAX DEPT. | 4.65 | 0.00 | 0.00 |
| 000241 | COLORADO SPRINGS AIRPORT | 2,489.60 | 0.00 | 0.00 |
| 000242 | GATE GOURMET, INC. | 7,827.14 | 0.00 | 0.00 |
| 000243 | BBAM AIRCRAFT MANAGEMENT LLC | 580,103.33 | 0.00 | 0.00 |
| 000244 | BBAM AIRCRAFT MANAGEMENT LLC | 2,320,413.33 | 0.00 | 0.00 |
| 000245 | CITY OF CHICAGO | 9,424.33 | 0.00 | 0.00 |
| 000246 | BEYOND CORPORATION | 0.00 | 0.00 | 0.00 |
| 000248 | ISAVIA | 1,774.15 | 0.00 | 0.00 |
| 000249 | ALPHA INFLIGHT US LLC | 7,268.46 | 0.00 | 0.00 |
| 000250 | EUROCONTROL | 342,760.00 | 0.00 | 0.00 |
| 000253 | WEATHER SERVICE INTERNATIONAL | 3,695.00 | 0.00 | 0.00 |
| 000254 | LIFE INS. CO.OF NORTH AMERICA | 24,701.06 | 0.00 | 0.00 |
| 000256 | THE PORT AUTHORITY OF NEW YORK AND | 19,395.77 | 0.00 | 0.00 |
| 000257 | DALLAS/FORT WORTH INTERNATIONAL | 6,308.60 | 0.00 | 0.00 |
| 000261 | UNITED AVIATION SERVICES | 20,112.70 | 0.00 | 0.00 |
| 000263 | CINTAS CORPORATION | 4,447.11 | 0.00 | 0.00 |
| 000264 | WELLS FARGO BANK NORTHWEST N.A. | 3,402,476.19 | 0.00 | 0.00 |
| 000268 | T-Mobile USA Inc | 12,750.00 | 0.00 | 0.00 |
| 000269 | The Hertz Corporation | 45,014.10 | 0.00 | 0.00 |
| 000270 | Jannat Hotel | 28,463.75 | 0.00 | 0.00 |
| 000271 | Mississippi Department of Revenue | 0.00 | 0.00 | 0.00 |
| 000272 | American Express Travel Related Serv Co Inc | 58,000.00 | 0.00 | 0.00 |
| 000273 | Ohio Department of Job and Family Serv | 12.25 | 0.00 | 0.00 |
| 000274 | Mississippi Department of Revenue | 0.00 | 0.00 | 0.00 |
| 000275 | Sabre Inc | 13,500.00 | 0.00 | 0.00 |
| 000276 | UPS Supply Chain Solutions, Inc. | 168,500.00 | 0.00 | 0.00 |
| 000277 | UPS Ground Freight, Inc. | 0.00 | 0.00 | 0.00 |
| 000278 | United Parcel Service, Inc. | 0.00 | 0.00 | 0.00 |

| 000279 | Mississippi Department of Revenue | 0.00 | 0.00 | 0.00 |
| 000280 | SIGNATURE FLIGHT SUPPORT UK | 20,000.00 | 0.00 | 0.00 |
| 000284 | State of Minnesota | 487.46 | 0.00 | 0.00 |
| HEALTADM | Health Care Service Corp/BCBS | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 6,797.56 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 000039 | TEXAS COMPTROLLER OF PUBLIC ACCOUNT | 850.00 | 0.00 | 0.00 |
| 000040 | OKLAHOMA TAX COMMISSION | 250.00 | 0.00 | 0.00 |
| 000047 | COMMONWEALTH OF VIRGINIA DEPARTMENT | 147.31 | 0.00 | 0.00 |
| 000066 | SC DEPARTMENT OF REVENUE | 64.69 | 0.00 | 0.00 |
| 000076 | FRANCHISE TAX BOARD | 648.26 | 0.00 | 0.00 |
| 000082 | FLORIDA DEPT OF REVENUE | 30.00 | 0.00 | 0.00 |
| 000154 | MISSISSIPPI DEPARTMENT OF REVENUE | 37.50 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| 000156 | COMMONWEALTH OF VIRGINIA DEPARTMENT | 3,747.31 | 0.00 | 0.00 |
|--------|-------------------------------------|----------|------|------|
| 000247 | WISCONSIN DEPT OF REV | 830.24 | 0.00 | 0.00 |
| 000285 | FLORIDA DEPT OF REVENUE | 192.25 | 0.00 | 0.00 |

Total to be paid for subordinated claims: **$**_____0.00

Remaining balance:  **$**_____0.00

Prepared By: /s/THOMAS E. SPRINGER_____

Trustee

THOMAS E. SPRINGER

300 S. County Farm Rd., Ste G

Wheaton, IL  60187

(630) 510-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**