**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter:     7 |
| RYAN INTERNATIONAL AIRLINES, INC., | ) | |
| | ) | Case No:     12-80802 |
| | ) | |
| Debtor. | ) | Judge:     Thomas J. Lynch |

### TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED FUNDS

NOW COMES Thomas E. Springer, Trustee ("Trustee"), and pursuant to 11 U.S.C. §347

and Rule 3011 of the Federal Rules of Bankruptcy Procedure, provides the following report of

Trustee's deposit of unclaimed funds with the Clerk of the Bankruptcy Court:

1.     On March 6, 2012, the Debtor corporation and related entities filed for relief

under Chapter 11 of the United States Bankruptcy Code.

2.     On February 28, 2013, the case was converted to a Chapter 7 proceeding.

3.     On May 3, 2013, Thomas E. Springer was appointed as successor Trustee and

continues to serve in that capacity.

4.     On May 30, 2023, the Trustee sent supplemental distribution checks to all

claimants as set forth in the filed Supplemental Distribution (DKT# 1676).

5.     Accordingly, the distribution checks for the following claimant has not been

presented for payment to Trustee's depository bank and a stopped payment was issued.   The

party, distribution check information and disposition of last activity are as follows:

| Claimant | Amount of check | Date on check | Check number | Address sent to | Disposition |
|---|---|---|---|---|---|
| LSG SKY CHEFS LEIPZIG GMBH | $730.76 | 05/30/2023 | 60426 | Cole, Schotz, Meisel, Forman & Loenard 301 Commerce Street Suite 1700 Fort Worth, TX 76107 | Stopped payment 9/5/2023 |

6.     In view of the foregoing, Trustee has stopped payment on the above identified

distribution checks as required by Office of the UST regulations and has reissued payment for

said distribution checks to the Clerk of the Bankruptcy and will deposit the unclaimed funds with

the Clerk of this Court pursuant to §347 of the Bankruptcy Code after upon filing of the Notice

Deposit of Unclaimed Funds with the Court.  Trustee believes that there has been more than

sufficient efforts to identify and update location of the above claimant (and first distribution

check sent to same claimant 8/26/22 and was cashed) and that an appropriate amount of time has

passed to properly qualify the updated address efforts as appropriate and sufficient.  Distribution

of the unclaimed funds to the Clerk of the United States Bankruptcy Court allows for proper

allocation and processing of the unclaimed funds pursuant to Section 347 of the Code, Federal

Rules of Bankruptcy Procedure 3011 and Local Rules.

WHEREFORE this Report of Deposit of Unclaimed Funds is hereby respectfully filed

and submitted.

By:

/s/ Thomas E. Springer
Thomas E. Springer, Trustee

Thomas E. Springer, Trustee
Springer Larsen Greene, LLC
300 S. County Farm Road, Ste. G
Wheaton, IL 60187
(630) 510-0000