Form U-2a  (20260311)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   12-80802 |
| Ryan Interantional Airlines, Inc. | ) | |
| | ) | |
| | ) | Chapter:  7 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On , an application was filed for the Claimant(s), Life Insurance Company of North America, for payment of

unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting

documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $ *1,826.33* held in unclaimed funds be made payable to  and be

disbursed to the payee at the following address:

Enter:

Dated:                                                              United States Bankruptcy Judge

**Prepared by:**
Enter Prepared By information here.

This box will expand vertically to fit entered text.
Tab out of box to see expansion.